# Exhibit C



DATED     6 JUNE                                    2008

AMARI HOLDINGS LIMITED                              (1)

-and-

AMARI NICKEL HOLDINGS ZIMBABWE LIMITED             (2)

-and-

ZIMBABWE MINING DEVELOPMENT CORPORATION            (3)

---

## DEED OF NOVATION

---

MEMERY CRYSTAL LLP
44 Southampton Buildings
London
WC2A 1AP
Tel:  020 7242 5905
Fax:  020 7242 2058
Ref: MSS/#1321884





· 2008

D incorporated and registered in the British Virgin
07239 whose registered office is at Le Montaigne, 7
ite Carlo, MC98000, Monaco ("**Amari Holdings**");

S  ZIMBABWE  LIMITED  incorporated  in  the
ny number 07651 ("**Amari Nickel**"); and

LOPMENT  CORPORATION  a  body  corporate
bwe Mining Development Corporation Act [Chapter
ve ("**ZMDC**")

emental to a memorandum of understanding (the
ıber 2007 between Amari Holdings and ZMDC.

ıture of this Deed, Amari Holdings wishes to be
ights and obligations pursuant to the Memorandum
'Effective Date") and ZMDC has agreed to release
rom the Effective Date upon the terms of the
·form the obligations pursuant to the Memorandum

ı Nickel undertakes to both Amari. Holdings and
of Amari Holdings pursuant to the Memorandum
ditions as if Amari Nickel had been the original
ımari Holdings.

-1-



THIS DEED OF NOVATION is dated                                      2008

## PARTIES

(1)   **AMARI HOLDINGS LIMITED** incorporated and registered in the British Virgin Islands with company number 1007239 whose registered office is at Le Montaigne, 7 Avenue de Grande-Bretagne, Monte Carlo, MC98000, Monaco ("Amari Holdings");

(2)   **AMARI NICKEL HOLDINGS ZIMBABWE LIMITED** incorporated in the Republic of Mauritius with company number 07651 ("Amari Nickel"); and

(3)   **ZIMBABWE MINING DEVELOPMENT CORPORATION** a body corporate established in terms of the Zimbabwe Mining Development Corporation Act [Chapter 21:08] of the Republic of Zimbabwe ("ZMDC")

## BACKGROUND

(A)   This Deed of Novation is supplemental to a memorandum of understanding (the "Memorandum") dated 22 November 2007 between Amari Holdings and ZMDC.

(B)   Notwithstanding the date of signature of this Deed, Amari Holdings wishes to be released and discharged from its rights and obligations pursuant to the Memorandum with effect from 1 May 2008 (the "Effective Date") and ZMDC has agreed to release and discharge Amari Holdings from the Effective Date upon the terms of the undertaking of Amari Nickel to perform the obligations pursuant to the Memorandum in place of Amari Holdings.

## AGREED TERMS

## 1.   AMARI NICKEL'S UNDERTAKING

As from the Effective Date, Amari Nickel undertakes to both Amari Holdings and ZMDC to perform the obligations of Amari Holdings pursuant to the Memorandum and be bound by its terms and conditions as if Amari Nickel had been the original party to such document in place of Amari Holdings.

-1-





## 2. RELEASE

2.1 From the Effective Date:

    (a) Amari Holdings and ZMDC hereby release each other from their respective rights, obligations and liabilities pursuant to the Memorandum;

    (b) ZMDC hereby releases and discharges Amari Holdings from all future claims and demands whatsoever in respect of the Memorandum and accepts the liability of Amari Nickel under the Memorandum;

    (c) Amari Holdings hereby releases and discharges ZMDC from all future claims and demands whatsoever in respect of the Memorandum; and

    (d) ZMDC hereby accepts Amari Nickel's undertaking to observe, perform, discharge and be bound by the Memorandum (such undertaking being set out in Clause 1).

## 3. BENEFIT OF MEMORANDUM

3.1 Amari Holdings and ZMDC hereby respectively acknowledge that Amari Nickel shall be solely entitled to the entire rights and benefits under the Memorandum as if Amari Nickel were the original party to the Memorandum in place of Amari Holdings.

3.2 All the Parties hereto acknowledge that this Deed of Novation supersedes the Assignment Agreement signed on 5 May 2008 by Amari Holdings and Amari Nickel.

## 4. COUNTERPARTS

4.1 This Deed may be executed in any number of counterparts, and by the Parties on separate counterparts, but shall not be effective until each party has executed at least one counterpart.

4.2 Each counterpart shall constitute an original of this Deed, but all the counterparts shall together constitute but one and the same instrument.



-2-



## 5. GOVERNING LAW AND JURISDICTION

The Parties irrevocably agree that this Deed and any disputes or claims arising out of or in connection with its subject matter shall be governed by and construed in accordance with the laws of England and Wales whose courts will have exclusive jurisdiction pertaining to the subject matter hereof.

In witness whereof this document has been executed as a Deed the day and year first above written.

Signed as a deed on behalf of
**AMARI HOLDINGS LIMITED,**
a company incorporated in the British Virgin Islands,
by    MIKE FUND
being a person who, in accordance
with the laws of that territory, is
acting under the authority of the company

.......................................
Authorised signatory

Witnessed by:    Ashley Cockhead Rodergel

Witnessed by:    GARY BAUMGARTEN

Signed as a deed on behalf of
**AMARI NICKEL HOLDINGS
ZIMBABWE LIMITED,**
a company incorporated in the Republic of Mauritius,
by    MARK SUMMERS
being a persons who, in accordance
with the laws of that territory, is
acting under the authority of the company

.......................................
Authorised signatory

Witnessed by:    Ashley Cockhead Rodert

Witnessed by:    GARY BAUMGARTEN





-3-



Signed as a deed on behalf of

**ZIMBABWE MINING
DEVELOPMENT CORPORATION,**
a body corporate established in the Republic of Zimbabwe,
by **DOMINIC MUBAYIWA,**
being a person who, in accordance
with the laws of that territory, is
acting under the authority of the Corporation

.............................................
Authorised signatory

ZIMBABWE MINING
DEVELOPMENT CORPORATION

- 6 JUN 2013

P.O. BOX 4101
HARARE, ZIMBABWE

Witnessed by:  Tith Muhonde Charde

Witnessed by:  ASHLEY   GODCHEAD

-4-





Amari dala ANHZ,Resolution of Directors,Subscription

## RESOLUTION OF DIRECTORS OF AMARI NICKEL HOLDINGS ZIMBABWE LIMITED

### (Company Number: 07651)

### ("The Company")

RESOLVED AS FOLLOWS:

The Company ratify the assignment agreement entered into between the Company and Amari Holdings Ltd dated 5 May 2008 in terms of which Amari Holdings Ltd assigned to the Company its rights and obligations set out in a memorandum of understanding between Amari Holdings Ltd and the Zimbabwe Mining Development Corporation dated 22 November 2008 which agreements have been circulated to the directors.

AND

Mark Summers was authorized to act on behalf of the Company in respect of such assignment and any necessary documentation in relation thereto.

_____
Mark Summers

_____
Kathleen Lai

_____
Christian Li

28 May 2008
_____
date

3 0 MAY 2008
_____
date

3 0 MAY 2008
_____
date

