# Exhibit E



2019/HPC/ARB/No. 0337

IN THE HIGH COURT FOR ZAMBIA
AT THE COMMERCIAL REGISTRY
AT LUSAKA
(Civil Jurisdiction)

IN THE MATTER OF SECTION 18 OF THE ARBITRATION ACT No. 19 OF 2000
AND

IN THE MATTER OF ARBITRAL AWARD IN CASE No. 17720/ARP/MD/ TO THE ICC
INTERNATIONAL COURT OF ARBITRATION

BETWEEN:

AMAPLAT MAURITIUS LIMITED                              FIRST PLAINTIFF
AMARI NICKEL HOLDINGS ZIMBABWE LIMITED                SECOND PLAINTIFF
AND
ZIMBABWE MINING DEVELOPMENT                            FIRST DEFENDANT
CORPORATION
THE CHIEF MINING COMMISSIONER MINISTRY                SECOND DEFENDANT
OF MINES OF ZIMBABWE

-----------------------------------------------------------------------------------------------------------

EX PARTE ORDER FOR LEAVE TO REGISTER AND ENFORCE THE FINAL ARBITRATION
AWARD

Pursuant to Section 18 of the Arbitration Act, No. 19 of 2000 and Rules 15 and 16 of the
Arbitration (Court Proceedings) Rules, 2001

-----------------------------------------------------------------------------------------------------------

UPON HEARING Counsel for the Plaintiffs

AND UPON reading the Affidavit of one IAN SMALL-SMITH

IT IS HEREBY ORDERED pursuant to Section 18 of the Arbitration Act No. 19 of
2000, that the Plaintiffs be at liberty to enforce in the same manner as a judgment or
order to the same effect the Final Award dated 12th January 2014, of the Arbitrators:
Stuart Isaacs QC, Chairman; Professor Doug Jones AO, as Co-Arbitrator; and Chikwendu

Madumere as Co-Arbitrator appointed pursuant to Clause 11 of the Nickel Memorandum of Understanding dated 22nd November 2007, and Clause 9 of the Platinum Memorandum of Understanding dated 25th July 2008, made between the Plaintiffs and the Defendants.

AND that the Plaintiffs do bear the costs of and occasioned by this application.

PROVIDED THAT within 30 days after service of this Order on them, the Defendants may apply to set aside this Order and the award shall not be enforced until after the expiration of that period or if the Defendants apply within that period to set aside, until the application is finally disposed of.

Dated the ---------------------------------- day of ------------------------------- 2019.

THE HONOURABLE REGISTRAR

This Order was drawn by:

**SIMEZA, SANGWA & ASSOCIATES**

Advocates for the Plaintiffs
Suite C, The Coliseum
Bwinjimfumu Road
Rhodes Park
LUSAKA
Tel.: 211 227484/227574
Fax No.: 211 220568
Email: info@simezasangwa.co.zm

2019/HPC/ARB/No. 0337

IN THE HIGH COURT FOR ZAMBIA

AT THE COMMERCIAL REGISTRY

AT LUSAKA

(Civil Jurisdiction)

IN THE MATTER OF SECTION 18 OF THE ARBITRATION ACT No. 19 OF 2000

AND

IN THE MATTER OF ARBITRAL AWARD IN CASE No. 17720/ARP/MD/ TO THE ICC
INTERNATIONAL COURT OF ARBITRATION

BETWEEN:

| | |
|---|---|
| AMAPLAT MAURITIUS LIMITED | FIRST PLAINTIFF |
| AMARI NICKEL HOLDINGS ZIMBABWE LIMITED | SECOND PLAINTIFF |
| AND | |
| ZIMBABWE MINING DEVELOPMENT | FIRST DEFENDANT |
| CORPORATION | |
| THE CHIEF MINING COMMISSIONER MINISTRY | SECOND DEFENDANT |
| OF MINES OF ZIMBABWE | |

-----------------------------------------------------------------------------------------------------------

EX PARTE ORDER FOR LEAVE TO REGISTER AND ENFORCE THE FINAL ARBITRATION
AWARD

Pursuant to Section 18 of the Arbitration Act, No. 19 of 2000 and Rules 15 and 16 of the
Arbitration (Court Proceedings) Rules, 2001

-----------------------------------------------------------------------------------------------------------

**SIMEZA, SANGWA & ASSOCIATE**

Advocates for the Plaintiffs

Suite C, the Coliseum

Bwinjimfumu Road

Rhodes Park

LUSAKA

Tel.: 211 227484/227574

Fax No.: 211 220568

Email: info@imezasangwa.co.zm