# Exhibit F



IN REPLY PLEASE QUOTE

Our Ref    : E-Letter/GNM/VMH/ZTW002
Your Ref    : Mr. Moyo

12th January, 2021

The Permanent Secretary
Ministry of Mines and Mining Development
7th Floor, ZIMRE Centre
Cnr L. Takawira/Kwame Nkrumah Ave
**HARARE**

Dear Sir,

**RE: AMAPLATS MAURITIUS LIMITED & ANOTHER AND ZIMBABWE MINING DEVELOPMENT CORPORATION AND THE CHIEF MINING COMMISSIONER.**

We make reference to your correspondence of 18th November, 2020 advising us that a technical committee had been put into place to URGENTLY attend to our clients' claim, above.

Regrettably, notwithstanding numerous attempts at follow up, it appears that there is no real focus or desire to conclude this matter in an amicable and expeditious manner. Indeed, our clients have questioned the sincerity of the entire process given the unseeming delays experienced thus far.

It should be noted that on 20th February, 2020, our clients demanded full settlement of the arbitral award, being the amount of US$67 544 846.65 inclusive of interest as at 31st January, 2020.

**In order to expediate settlement of the award, our clients then offered to discount this amount by writing off total legal fees, awarded in their favour, in the amount of US$3 120 583; and SIGNIFICANTLY,**

Mlotshwa & Maguwudze
Legal Practitioners

Partners: G. N. Mlotshwa, LLB (Hons) (London); T. Maguwudze, LLB (Hons) (UZ); V. Madzima, LLB (Hons) (Lond Guildhall), LLM (Lond Met)
C.Dzinamarira, LLB (Hons)(Fort Hare); I. T. Chingarande, LLB (UCT); V. Mhungu, LLB (Hons)(WSU), LLM (UKZN)
Associates: P. C. Nyatsanga, LLB (UCT), LLM (London); N. P. M. Sandi, LLB(Hons)(Northampton);T. Makamure LLB (Hons)(UZ); T. H. Nyabeze LLB (Hons)(UZ)

**writing off approximately US$17 million in accrued interest to arrive at the full and final settlement figure of US$50 MILLION.**

Our clients' reasonable expectation was that this discount would serve as an incentive to rapid settlement and closure of this matter.

It is unfortunate that this discount does not appear to have been taken seriously at all, let alone even acknowledged.

Consequently, our instructions are to advise you that should a settlement commitment not be concluded, in writing, by the parties before 31st January, 2021, our client will proceed to register in the High Court of Zimbabwe the international arbitration award granted in its favour.

In terms thereof, our clients will seek to enforce the ENTIRE amount so granted including interest accrued on the award of **US$49 902 583.74** at an interest rate of 5% per annum as reckoned from 12th January, 2014 to date of payment in full in ADDITION to the legal costs also awarded in favour in the amount of US$3 120 583 aforesaid.

**For the avoidance of doubt, this amount, inclusive of the legal fees aforesaid, amounts to US$70 489 071 as at 12th January, 2021.**

As you may be aware, Zimbabwe is a signatory to the Model Law on International Commercial Arbitration adopted by the United Nations Commission on International Trade Law on 21st June, 1985 giving effect to the Convention on the Recognition and Enforcement of Foreign Arbitral Awards adopted in New York on 10th June, 1958.

Article 35 of the Model Law, as legislated for in our Arbitration Act, obliges the Government of Zimbabwe to recognize as binding the arbitration award in favour of clients, notwithstanding the country in which it was granted.

The registration of the award in our High Court commences the formal process for the enforcement of the award as against the Respondents cited therein, in particular the assets of ZMDC.

<u>In this respect, we highlight the fact that the arbitral award is a 'Public Debt' in terms of the Public Debt Management Act</u>, and has been acknowledged as such by the Attorney-General.

Further, the Minister of Mines & Mineral Development has, in writing, recommended the settlement of the discounted debt by Treasury.



The sentiment that Zimbabwe *must* honour its international obligations, particularly international arbitral awards of this nature, should be a demonstrable example of its mantra that "Zimbabwe is Open for Business".

In the circumstances we look forward to settlement of this matter by the date aforesaid, failure of which our instructions are to proceed to enforce the entire award without further reference to yourselves.

Please be guided accordingly,

Yours sincerely,

**G N Mlotshwa**
**SENIOR PARTNER**
**TITAN LAW**

Cc: The Permanent Secretary
Finance & Economic Development

The General Manager, ZMDC

Client

TITAN LAW