CO-386
10/2018

# United States District Court
# For the District of Columbia

Amaplat Mauritius Ltd.; and Amari Nickel Holdings Zimbabwe Ltd.

Plaintiff

vs

Zimbabwe Mining Development Corporation; The Chief Mining Commissioner, Ministry of Mines of Zimbabwe; and the Republic of Zimbabwe

Defendant

Civil Action No._____

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __Amari Nickel Holdings Zimbabwe Ltd.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Amari Nickel Holdings Zimbabwe Ltd.__ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

/s/ Steven K. Davidson
Signature

DC Bar #407137
BAR IDENTIFICATION NO.

Steven K. Davidson
Print Name

1330 Connecticut Avenue, NW
Address

Washington, DC 20036
City          State          Zip Code

(202) 429-3000
Phone Number