IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Amaplat Mauritius Ltd.,<br>c/o CKLB International Management Ltd.,<br>P.O. Box 80, Felix House, 24 Dr. Joseph<br>Riviere Street, Port Louis 11602, Mauritius;<br>and<br><br>Amari Nickel Holdings Zimbabwe Ltd.,<br>c/o CKLB International Management Ltd.,<br>P.O. Box 80, Felix House, 24 Dr. Joseph<br>Riviere Street, Port Louis 11602, Mauritius,<br><br>        Plaintiffs,<br><br>  v.<br><br>Zimbabwe Mining Development Corporation,<br>90 Mutare Road, Msasa, Harare, Zimbabwe;<br><br>The Chief Mining Commissioner, Ministry of<br>Mines of Zimbabwe,<br>6th Floor, ZIMRE Centre, Cnr. Leopold<br>Takawira Street/Kwame Nkrumah Avenue,<br>Private Bag 7709, Causeway, Harare,<br>Zimbabwe;<br><br>and the Republic of Zimbabwe,<br>c/o Head of the Ministry of Foreign Affairs,<br>Ministry of Foreign Affairs, P.O. Box 4240,<br>Munhumutapa Building, Cnr. Samora Machel<br>Avenue/Sam Nujoma Street, Harare,<br>Zimbabwe<br><br>        Defendants. | Civil Action No. 1:22-cv-0058 |

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rules 83.2(c) and (d) of the Local Rules of the United States District Court

for the District of Columbia, Plaintiffs, Amaplat Mauritius Ltd., and Amari Nickel Holdings

Zimbabwe Ltd. (together "Plaintiffs"), through the undersigned counsel, move this Court to

permit Joseph M. Sanderson to appear *pro hac vice* for the Plaintiffs in the above-entitled action. The grounds for this application are set forth in the attached Declaration of Joseph M. Sanderson.

The undersigned, Steven K. Davidson, is a member in good standing of the Bar of the District of Columbia and admitted to practice before the United States District Court for the District of Columbia, and hereby consents to serve as associated co-counsel with the authority to act as attorney of record for all purposes in this case, with whom the Court and opposing counsel may readily communicate regarding this case, and upon whom papers shall be served. A proposed order is attached hereto.

Dated: January 10, 2022                                      Respectfully submitted,


                                                             */s/ Steven K. Davidson*
                                                             Steven K. Davidson (D.C. Bar No. 407137)
                                                             STEPTOE & JOHNSON LLP
                                                             1330 Connecticut Avenue, NW
                                                             Washington, D.C. 20036-1795
                                                             Telephone:      202 429 3000
                                                             Facsimile:       202 429 3902
                                                             sdavidson@steptoe.com

                                                             *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

This is to certify that on the 10th day of January 2022, the foregoing was electronically filed with the Clerk of Court using the Court's CM/ECF system and will be served when the Complaint and Summonses that were filed in this matter are served on the following:

Zimbabwe Mining Development Corporation
90 Mutare Road, Msasa
Harare, Zimbabwe

The Chief Mining Commissioner
Ministry of Mines of Zimbabwe,
6th Floor, ZIMRE Centre, Cnr. Leopold Takawira Street/Kwame Nkrumah Avenue
Private Bag 7709, Causeway
Harare, Zimbabwe

The Republic of Zimbabwe
c/o Head of the Ministry of Foreign Affairs
Ministry of Foreign Affairs
P.O. Box 4240,
Munhumutapa Building, Cnr. Samora Machel Avenue/Sam Nujoma Street
Harare, Zimbabwe

/s/ *Steven K. Davidson*
Steven K. Davidson