# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Amaplat Mauritius Ltd., c/o CKLB International Management Ltd., P.O. Box 80, Felix House, 24 Dr. Joseph Riviere Street, Port Louis 11602, Mauritius; and<br><br>Amari Nickel Holdings Zimbabwe Ltd., c/o CKLB International Management Ltd., P.O. Box 80, Felix House, 24 Dr. Joseph Riviere Street, Port Louis 11602, Mauritius,<br><br>       Plaintiffs,<br><br>    v.<br><br>Zimbabwe Mining Development Corporation, 90 Mutare Road, Msasa, Harare, Zimbabwe;<br><br>The Chief Mining Commissioner, Ministry of Mines of Zimbabwe, 6th Floor, ZIMRE Centre, Cnr. Leopold Takawira Street/Kwame Nkrumah Avenue, Private Bag 7709, Causeway, Harare, Zimbabwe;<br><br>and the Republic of Zimbabwe, c/o Head of the Ministry of Foreign Affairs, Ministry of Foreign Affairs, P.O. Box 4240, Munhumutapa Building, Cnr. Samora Machel Avenue/Sam Nujoma Street, Harare, Zimbabwe<br><br>       Defendants. | Civil Action No. 1:22-cv-0058 |

## DECLARATION OF JOSEPH M. SANDERSON
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

Josehp M. Sanderson, pursuant to 28 U.S.C. § 1746 declares as follows:

1. My name is Josehp M. Sanderson. I submit this Declaration pursuant to Rule 83.2(d) of the Local Rules of the United States District Court for the District of Columbia in support of

the motion for my admission *pro hac vice* to this Court.

2. I am an associate at the law firm of Steptoe & Johnson LLP, located at 1114 Avenue of the Americas, New York, NY 10036. My business telephone number is (212) 506-3900; my business fax number is (212) 506-3950 and my business email address is josanderson@steptoe.com.

3. I am a member in good standing of the Bar of the State of New York (Att'y Reg. No. 5585476), as well as the State of California (Bar No. 305256) am admitted to practice before:

 a) The United States Court of the Appeals for the 9th Circuit

 b) The United States Court of the Appeals for the 2nd Circuit

 c) The United States Court of the Appeals for the 10th Circuit

 d) The United States District Court for the Central District of California

 e) The United States District Court for the Eastern District of California

 f) The United States District Court for the Eastern District of New York

 g) The United States District Court for the Eastern District of Texas

 h) The United States District Court for the Eastern District of Wisconsin

 i) The United States District Court for the Northern District of California

 j) The United States District Court for the Northern District of Illinois

 k) The United States District Court for the Southern District of California

 l) The United States District Court for the Southern District of New York

 m) The United States District Court for the Western District of Wisconsin

4. I have never been disciplined by any Court or Bar.

5. I have not been admitted *pro hac vice* to this Court in the last two years.

6. I do not engage in the practice of law from an office located in the District of

Columbia.

7. I am familiar with the Local Rules of the United States District Court for the District of Columbia and the Federal Rules of Civil Procedure.

8. I am associated with Steven K. Davidson, the attorney moving for my admission *pro hac vice*, who has the authority to act as attorney of record for all purposes in this action, with whom the Court and opposing counsel may readily communicate regarding this case, and upon whom papers shall be served.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 10th day of January, 2022

*/s/ Joseph Sanderson*

Joseph M. Sanderson
STEPTOE & JOHNSON LLP
1114 Avenue of the Americas
New York, NY 10036-7703
Telephone: 212 506 3900
Facsimile: 212 506 3950
josanderson@steptoe.com