**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Amaplat Mauritius Ltd.,<br>c/o CKLB International Management Ltd.,<br>P.O. Box 80, Felix House, 24 Dr. Joseph<br>Riviere Street, Port Louis 11602, Mauritius;<br>and<br><br>Amari Nickel Holdings Zimbabwe Ltd.,<br>c/o CKLB International Management Ltd.,<br>P.O. Box 80, Felix House, 24 Dr. Joseph<br>Riviere Street, Port Louis 11602, Mauritius,<br><br>Plaintiffs,<br><br>v.<br><br>Zimbabwe Mining Development Corporation,<br>90 Mutare Road, Msasa, Harare, Zimbabwe;<br><br>The Chief Mining Commissioner, Ministry of<br>Mines of Zimbabwe,<br>6th Floor, ZIMRE Centre, Cnr. Leopold<br>Takawira Street/Kwame Nkrumah Avenue,<br>Private Bag 7709, Causeway, Harare,<br>Zimbabwe;<br><br>and the Republic of Zimbabwe,<br>c/o Head of the Ministry of Foreign Affairs,<br>Ministry of Foreign Affairs, P.O. Box 4240,<br>Munhumutapa Building, Cnr. Samora Machel<br>Avenue/Sam Nujoma Street, Harare,<br>Zimbabwe<br><br>Defendants. | Civil Action No. 1:22-cv-0058 |

**[PROPOSED] ORDER GRANTING MOTION FOR**
**ADMISSION *PRO HAC VICE* OF JOSEPH M. SANDERSON**

Upon consideration of the Motion for Admission *Pro Hac Vice* of Joseph M. Sanderson in the above-caption action, it is hereby

**ORDERED**, that the motion is GRANTED; and it is further

**ORDERED**, that Joseph M. Sanderson is hereby admitted *pro hac vice* to appear and practice in this Court in the above-captioned action as counsel for Plaintiffs, Amaplat Mauritius Ltd., and Amari Nickel Holdings Zimbabwe Ltd.

Dated:____________ ______________________________