AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Amaplat Mauritius Ltd., et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No.   1-22-cv-0058 |
| Zimbabwe Mining Development Corporation, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amari Nickel Holdings Zimbabwe Ltd., and Plaintiffs Amaplat Mauritius Ltd.                                                                    .

Date:    1/12/2022

/s/ Joseph M. Sanderson
*Attorney's signature*

JOSEPH M. SANDERSON (admitted pro hac vice; NY Bar No. 5585476)
*Printed name and bar number*

STEPTOE & JOHNSON LLP
1114 Avenue of the Americas
New York, NY  10036-7703

*Address*

josanderson@steptoe.com
*E-mail address*

(212) 506-3900
*Telephone number*

(212) 506-3950
*FAX number*