**EXPRESS WORLDWIDE** DOX _DHL_

2022-06-13 MYDHL+ 1.0 / '30-0621'

From: Steploe & Johnson LLP
Magdalena I. Wielkopolska
1330 Connecticut Avenue, NW
20036 Washington District of Columbia
United States of America

Origin: **DCA**

To: The Republic of Zimbabwe
Head of the MOFA
P.O. Box 4240
Munhumutapa Building
Samora Machel Avenue/Sam Nujoma Street
Harare Harare
Zimbabwe

Contact: Head of the MOFA

**ZW-HRE-HRE**

**ADI**

Ref: 34420-ROZ

Pce/Shpt Weight: 2.0 lbs
Piece: 1 / 1

Contents: Legal Documents



WAYBILL 41 6054 3004

(2L)ZW-HREHRE+42000000



(J) JD01 4600 0099 6943 2393