**EXPRESS WORLDWIDE** DOX =DHL=

2022-06-13 MYDHL+ 1.0 / *30-0821*

From: Steptoe & Johnson LLP
Magdalena I. Wielkopolska
1330 Connecticut Avenue, NW

Origin: **DCA**

20036 Washington District of Columbia
United States of America

To: Ministry of Mines of Zimbabwe
c/o Chief Mining Commissioner
P.O. Box 4240
Munhumutapa Building
Samora Machel Avenue/Sam Nujoma Street
Harare  Harare
Zimbabwe

Contact:
c/o Chief Mining Commissioner

**ZW-HRE-HRE**

**DSR-ADI**

Ref: 34421-ROZ

Day    Time

Pce/Shpt Weight    Piece
**2.0 lbs    1 / 1**

Contents: Legal Documents



WAYBILL 41 6051 7561

(2L)ZW:HRE:HRE+42000000



(J) JD01 4600 0099 6942 9272