


EXPRESS WORLDWIDE DOX DHL
2022-06-13 MYDHL+ 1.0 / *30-0821*

From: Steptoe & Johnson LLP
Magdalena I. Wielkopolska
1330 Connecticut Avenue, NW
20036 Washington District of Columbia
United States of America

Origin:
DCA

To: Zimbabwe Mining Development Corporation   Contact: ZMDC
ZMDC
90 Mutare Road

Harare  Harare
Zimbabwe

ZW-HRE-HRE

ADI

Day   Time

Ref: 34422-ZMDC

Pce/Shpt Weight   Piece
2.0 lbs   1 / 1

Contents: Legal Documents

WAYBILL 77 6943 9985

(2L)ZW:HREHRE+42000000

(J) JD01 4600 0099 6943 4709