# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Amaplat Mauritius Ltd.,<br>c/o CKLB International Management Ltd.,<br>P.O. Box 80, Felix House, 24 Dr. Joseph<br>Riviere Street, Port Louis 11602, Mauritius;<br>and<br><br>Amari Nickel Holdings Zimbabwe Ltd.,<br>c/o CKLB International Management Ltd.,<br>P.O. Box 80, Felix House, 24 Dr. Joseph<br>Riviere Street, Port Louis 11602, Mauritius,<br><br>           Plaintiffs,<br><br>   v.<br><br>Zimbabwe Mining Development Corporation,<br>90 Mutare Road, Msasa, Harare, Zimbabwe;<br><br>The Chief Mining Commissioner, Ministry of<br>Mines of Zimbabwe,<br>6th Floor, ZIMRE Centre, Cnr. Leopold<br>Takawira Street/Kwame Nkrumah Avenue,<br>Private Bag 7709, Causeway, Harare,<br>Zimbabwe;<br><br>and the Republic of Zimbabwe,<br>c/o Head of the Ministry of Foreign Affairs,<br>Ministry of Foreign Affairs, P.O. Box 4240,<br>Munhumutapa Building, Cnr. Samora Machel<br>Avenue/Sam Nujoma Street, Harare,<br>Zimbabwe<br><br>           Defendants. | Civil Action No. 1-22-cv-0058 |

## **RETURN OF SERVICE**

On June 10, 2022, Plaintiffs filed an affidavit requesting foreign mailing to the Ministry of Foreign Affairs of the Republic of Zimbabwe via DHL. (Dkt. 14). On June 13, Plaintiffs requested that the Clerk effect service of one copy of the Summons, Complaint with Exhibits A

through G, Notice of Suit and all other papers thus far electronically filed on this Docket via DHL to the Ministry of Foreign Affairs of the Republic of Zimbabwe pursuant to 28 U.S.C. § 1608(a)(3). (Dkts. 15-17). The Clerk effected service via DHL and entered the Certificate of Mailing into the record. (Dkt. 18). No translations were required because English is an official language of Zimbabwe.

I HEREBY CERTIFY that, pursuant to 28 U.S.C. § 1608(a)(3), I caused a copy of the Summons, Complaint with Exhibits A through G, Notice of Suit and all other papers thus far electronically filed on this Docket to be served on the Ministry of Foreign Affairs of the Republic of Zimbabwe, by mailing the aforesaid documents to the said entity, addressed to the Republic of Zimbabwe, Ministry of Foreign Affairs, P.O. Box 4240 Munhumutapa Building, Samora Machel Avenue/ Sam Nujoma Street, Harare, Zimbabwe, which were delivered on June 20, 2022. True and correct copies of the DHL waybill, the tracking receipt, and the proof of delivery are attached as Exhibit 1. An individual named "KATSIKA" signed for the receipt of the package.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing information is true and correct.

Dated: June 23, 2022                                Respectfully submitted,


   /s/ *Steven K. Davidson*
Steven K. Davidson (D.C. Bar No. 407137)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, D.C.  20036-1795
Telephone:	202 429 3000
Facsimile:	202 429 3902
sdavidson@steptoe.com

Joseph M. Sanderson (admitted *pro hav vice*)
STEPTOE & JOHNSON LLP
1114 Avenue of the Americas
New York, NY  10036-7703
Telephone:	212 506 3900
Facsimile:	212 506 3950
josanderson@steptoe.com

*Attorneys for Plaintiffs*