# EXHIBIT 2

2019/HPC/ARB/NO. 0337

IN THE HIGH COURT FOR ZAMBIA
AT THE COMMERCIAL REGISTRY
HOLDEN AT LUSAKA
(Civil Jurisdiction)



IN THE MATTER OF SECTION 18 OF THE ARBITRATION ACT No. 19 OF 2000
AND
IN THE MATTER OF ARBITRAL AWARD IN CASE No. 17720/ARP/MD/ TO THE ICC INTERNATIONAL COURT OF ARBITRATION

BETWEEN:

| | |
|---|---|
| AMAPLAT MAURITIUS LIMITED | FIRST PLAINTIFF |
| AMARI NICKEL HOLDINGS ZIMBABWE LIMITED | SECOND PLAINTIFF |
| AND | |
| ZIMBABWE MINING DEVELOPMENT CORPORATION | FIRST DEFENDANT |
| THE CHIEF MINING COMMISSIONER MINISTRY OF MINES OF ZIMBABWE | SECOND DEFENDANT |

-------------------------------------------------------------------------------

NOTICE OF REGISTRATION OF AN AWARD

Pursuant to Rule 19(1) of the Arbitration (Court Proceedings) Rules, 2001

-------------------------------------------------------------------------------

To:

(a) ZIMBABWE MINING DEVELOPMENT CORPORATION, Ground Floor, MMCZ Building, 90, Mutare Road, Msasa, Harare, Zimbabwe; and

(b) THE CHIEF MINING COMMISSIONER, MINISTRY OF MINES, ZIMBABWE, Seventh Floor, Zimre Centre, Private Bag CY 7709, Causeway, Harare, Zimbabwe.

TAKE NOTICE that the Final Arbitration Award dated 12th January 2014, rendered by the Arbitrators: Stuart Isaacs QC, Chairman; Professor Doug Jones AO, as Co-Arbitrator; and Chikwendu Madumere as Co-Arbitrator appointed pursuant to Clause 11 of the Nickel Memorandum of Understanding dated 22nd November 2007, and Clause 9 of the Platinum Memorandum of Understanding dated 25th July 2008, made between the Plaintiffs and the Defendants has been registered in the Register of Arbitration Awards in the High Court for Zambia at the Commercial Registry at Lusaka on 12th August 2019.

PARTICULARS

**1. Description of the Award Registered and Order for Registration**

[1]   In the matter of an International Chamber of Commerce Arbitration Case No. 17720/ARP/MD/TO in the case of *Amaplat Mauritius Limited and Amari Nickel Holdings Zimbabwe Limited v Zimbabwe Mining Development Corporation and the Chief Mining Commissioner, Ministry of Mines, Zimbabwe*, the Tribunal comprising Stuart Isaacs QC, Chairman; Professor Doug Jones AO, as Co-Arbitrator; and Chikwendu Madumere as Co-Arbitrator, on 12th January 2014, ordered:

(a) the First Defendant, Zimbabwe Mining Development Corporation to pay Amaplat Mauritius Limited damages in the sum of US$42,882,000;

(b) the First Defendant, Zimbabwe Mining Development Corporation to pay Amari Nickel Holdings Zimbabwe Limited damages in the sum of US$3,900,000;

(c) the Defendants, Zimbabwe Mining Development Corporation and the Chief Mining Commissioner, Ministry of Mines, Zimbabwe to pay the legal and other costs and expenses incurred by Amaplat Mauritius Limited and Amari Nickel Holdings Zimbabwe Limited in the sum of US$2,220,583.74;

(d) the Defendants, Zimbabwe Mining Development Corporation and the Chief Mining Commissioner, Ministry of Mines, Zimbabwe to pay the costs of the arbitration incurred by Amaplat Mauritius Limited and Amari Nickel Holdings Zimbabwe Limited in the sum of US$900,000; and

(e) the First Defendant, Zimbabwe Mining Development Corporation to pay interest on the damages referred to (a) and (b) above and on the legal and other costs and expenses referred to in (c) above and on the costs of the arbitration referred to in (d) above incurred by Amaplat Mauritius Limited and Amari Nickel Holdings Zimbabwe Limited at the rate of 5% per annum from the date of the Final Award until the date of payment.

[2] The Final Arbitration Award was registered in the High Court for Zambia at Lusaka, on 12th August 2019, in the Register of Arbitration Awards as Final Arbitration Award No. 001 of 2019.

**2. Name and Address of the Judgment Debtors and/ or Advocates on Whom Documents May be Served:**

(a) The Judgment Debtors are: ZIMBABWE MINING DEVELOPMENT CORPORATION of Ground Floor, MMCZ, Building, 90, Mutare Road, Msasa, Harare, Zimbabwe and THE CHIEF MINING COMMISSIONER, MINISTRY OF MINES, ZIMBABWE of Seventh Floor, Zimre Centre, Private Bag CY 7709, Causeway, Harare, Zimbabwe; whose advocates

(b) RANCHOD CHUNGU ADVOCATES of Zimbabwe House, Plot No. 11058, Haile Selassie Avenue, LUSAKA.

**3. Name and Address of the Judgment Creditors' Advocates on Whom Documents May be Served is:**

**SIMEZA, SANGWA & ASSOCIATES** whose address for service is Suite C, The Coliseum, Bwinjimfumu Road, Rhodes Park, Tel: +260-211-227574, Fax: +260-211-220568, email: info@simezasangwa.com, P.O Box 36824, Lusaka, Zambia.

NOTES:
1. The Judgment Debtor has a right to apply to have the registration set aside.

2. The application to set aside registration of an award must be made within the period of 30 days from the date of service of this Notice, which is the period stated in the Order granting leave to register the Final Arbitration Award dated 12th August 2019.

3. The Award shall not be enforced until after the expiration of that period or if the Defendants apply within that period to set aside, until the application is finally disposed of.

Dated the ---------- 19th ---------- day of ---------- August ---------- 2019.

**Endorsement to be made within three days after service**

THIS Notice was served by me ----------------------------------------------------------------

at ----------------------------------------------------------------------------------------------

----------------------------------------------------------------------------------------------

----------------------------------------------------------------------------------------------

----------------------------------------------------------------------------------------------

on the ---------------------- day of ---------------------------------------------------- 2019.

Endorsed the -------------------------- day of ---------------------------------------- 2019.

This Notice was filed by:

SIMEZA, SANGWA & ASSOCIATES

*(signature)*

Advocates for the Plaintiffs
Suite C, The Coliseum
Bwinjimfumu Road
Rhodes Park
LUSAKA
Tel.: +211 227 484/227 574
Fax No.: +260 211 220568
Email: info@simezasangwa.com