# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Amaplat Mauritius Ltd.,
c/o CKLB International Management Ltd.,
P.O. Box 80, Felix House, 24 Dr. Joseph
Riviere Street, Port Louis 11602, Mauritius;
and

Amari Nickel Holdings Zimbabwe Ltd.,
c/o CKLB International Management Ltd.,
P.O. Box 80, Felix House, 24 Dr. Joseph
Riviere Street, Port Louis 11602, Mauritius,

                    Plaintiffs,

        v.

Zimbabwe Mining Development Corporation,
90 Mutare Road, Msasa, Harare, Zimbabwe;

The Chief Mining Commissioner, Ministry of
Mines of Zimbabwe,
6th Floor, ZIMRE Centre, Cnr. Leopold
Takawira Street/Kwame Nkrumah Avenue,
Private Bag 7709, Causeway, Harare,
Zimbabwe;

and the Republic of Zimbabwe,
c/o Head of the Ministry of Foreign Affairs,
Ministry of Foreign Affairs, P.O. Box 4240,
Munhumutapa Building, Cnr. Samora Machel
Avenue/Sam Nujoma Street, Harare,
Zimbabwe

                    Defendants.

Civil Action No. 1-22-cv-0058

## RETURN OF SERVICE

1.      I am not a party to this action, I am over 18 years of age, and I am employed as an independent legal consultant to a law firm, BE Law AG.

2.      On August 10, 2022 at approximately 14:40 Zimbabwe time, which was during normal business hours, I served true copies of the Summons, Complaint with Exhibits A through G, Notice of Suit, and all other papers thus far electronically filed on the docket in this action, on Zimbabwe Mining Development Corporation, No. 6 Constantia Road, Strathaven, Harare, Zimbabwe.

3.      I made such service by personally hand delivering the aforementioned documents to Theresa Kanengoni, at Zimbabwe Mining Development Corporation, ZMDC Building, 6 Constantia Road, Strathaven, Harare, Zimbabwe.

4.      Since there was noone at the reception, the security personnel called for Theresa Kanengoni, who was a secretary for Zimbabwe Mining Development Corporation and stated that she was authorized to accept service for Zimbabwe Mining Development Corporation and appeared to be a responsible person at Zimbabwe Mining Development Corrporation.

I declare under penalty of perjury pursuant under the laws of the United States of America that the foregoing is true and correct.

Dated: August 19, 2022

_____
        Anja Doncaster
        Legal Consultant
        BE Law AG

