IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Amaplat Mauritius Ltd.,<br>c/o CKLB International Management Ltd.,<br>P.O. Box 80, Felix House, 24 Dr. Joseph<br>Riviere Street, Port Louis 11602, Mauritius;<br>and<br><br>Amari Nickel Holdings Zimbabwe Ltd.,<br>c/o CKLB International Management Ltd.,<br>P.O. Box 80, Felix House, 24 Dr. Joseph<br>Riviere Street, Port Louis 11602, Mauritius,<br><br>          Plaintiffs,<br><br>   v.<br><br>Zimbabwe Mining Development Corporation,<br>90 Mutare Road, Msasa, Harare, Zimbabwe;<br><br>The Chief Mining Commissioner, Ministry of Mines of Zimbabwe,<br>6th Floor, ZIMRE Centre, Cnr. Leopold Takawira Street/Kwame Nkrumah Avenue, Private Bag 7709, Causeway, Harare, Zimbabwe;<br><br>and the Republic of Zimbabwe,<br>c/o Head of the Ministry of Foreign Affairs, Ministry of Foreign Affairs, P.O. Box 4240, Munhumutapa Building, Cnr. Samora Machel Avenue/Sam Nujoma Street, Harare, Zimbabwe<br><br>          Defendants. | Civil Action No. 1-22-cv-0058-CRC |

**CONSENT MOTION FOR JOINT BRIEFING SCHEDULE**

Plaintiffs, Amaplat Mauritius Ltd. ("Amaplat") and Amari Nickel Holdings Zimbabwe Ltd. ("Amari," and together with Amaplat, "Plaintiffs"), with the consent of Defendants, the Chief Mining Commissioner, Ministry of Mines of Zimbabwe, ("Mining Commissioner") and the Republic of Zimbabwe ("Zimbabwe," and together with Mining Commissioner, the

"Defendants"), submit a joint briefing schedule below. The parties have conferred and request this Court set a briefing schedule as follows:

1. Plaintiffs file Opposition to Defendants' Motion to Dismiss     September 20, 2022

2. Defendants file Reply     October 6, 2022

The parties respectfully request that this Honorable Court enter an Order consistent with the proposed briefing schedule.

Dated: August 24, 2022

Respectfully submitted,

  /s/ Steven K. Davidson
Steven K. Davidson (D.C. Bar No. 407137)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, D.C.  20036-1795
Telephone:     202 429 3000
Facsimile:     202 429 3902
sdavidson@steptoe.com

Robert W. Mockler (D.C. Bar No. 984910)
Joseph M. Sanderson
(*pro hac vice*)
Niyati Ahuja
(*pro hac vice* forthcoming)
STEPTOE & JOHNSON LLP
1114 Avenue of the Americas
New York, NY  10036-7703
Telephone:     212 506 3900
Facsimile:     212 506 3950
rmockler@steptoe.com
josanderson@steptoe.com

*Attorneys for Plaintiffs*