# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Amaplat Mauritius Ltd.,<br>c/o CKLB International Management Ltd.,<br>P.O. Box 80, Felix House, 24 Dr. Joseph<br>Riviere Street, Port Louis 11602, Mauritius;<br>and<br><br>Amari Nickel Holdings Zimbabwe Ltd.,<br>c/o CKLB International Management Ltd.,<br>P.O. Box 80, Felix House, 24 Dr. Joseph<br>Riviere Street, Port Louis 11602, Mauritius,<br><br>    Plaintiffs,<br><br>  v.<br><br>Zimbabwe Mining Development Corporation,<br>90 Mutare Road, Msasa, Harare, Zimbabwe;<br><br>The Chief Mining Commissioner, Ministry of Mines of Zimbabwe,<br>6th Floor, ZIMRE Centre, Cnr. Leopold Takawira Street/Kwame Nkrumah Avenue, Private Bag 7709, Causeway, Harare, Zimbabwe;<br><br>and the Republic of Zimbabwe,<br>c/o Head of the Ministry of Foreign Affairs, Ministry of Foreign Affairs, P.O. Box 4240, Munhumutapa Building, Cnr. Samora Machel Avenue/Sam Nujoma Street, Harare, Zimbabwe<br><br>    Defendants. | Civil Action No. 1:22-cv-00058-CRC |

**DECLARATION OF STEVEN K. DAVIDSON IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS CHIEF MINING COMMISSIONER AND REPUBLIC OF ZIMBABWE'S MOTION TO DISMISS**

I, Steven K. Davidson, do declare as follows:

1. I am an attorney at Steptoe & Johnson LLP, admitted to practice in this Court, and the counsel of record for Plaintiffs.

2. I make this Declaration to place before the Court certain publicly-available materials that are relevant to Plaintiffs' opposition to the motion to dismiss, insofar as they show part of the factual basis for Plaintiffs' request for leave to amend.

3. Attached hereto as Exhibit 1 is a true and correct copy of an article entitled "Zimbabwe: Arms Deal Behind Platinum Project" in Zimbabwe Independent, dated September 19, 2014.

4. Attached hereto as Exhibit 2 is a true and correct copy of an article entitled "Sale of Zim mining assets: Who is getting what?" in Africa Press, dated July 27, 2020.

5. Attached hereto as Exhibit 3 is a true and correct copy of an article entitled "Fearing seizures, Mnangagwa transfers state mining assets to a new entity" in Africa Intelligence, dated May 11, 2022.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 23, 2022
Washington, D.C.

                                                                      /s/ Steven K.Davidson
                                                                      STEVEN K. DAVIDSON