# EXHIBIT 1

This is Google's cache of https://www.theindependent.co.zw/2014/09/19/arms-deal-behind-platinum-project/. It is a snapshot of the page as it appeared on 8 Jul 2022 22:39:57 GMT. The current page could have changed in the meantime. Learn more.

Full version       Text-only version       View source

Tip: To quickly find your search term on this page, press **Ctrl+F** or **⌘-F** (Mac) and use the find bar.

Home › Local News › Arms deal behind platinum project

**LOCAL NEWS**

September 19, 2014

# Arms deal behind platinum project

 By **The Independent**



*President Robert Mugabe (right) and Russian Foreign Affairs minister Sergei Lavrov give a press briefing at State House in September last year.*

THE sly involvement of Russian defence conglomerate, Rostec State Corporation and its supervisory board chairperson Denis Manturov, also Kremlin minister of Trade and Industry, in the cumulative US$4,8 billion platinum project between Zimbabwean entities and a consortium of Russian investors has reinforced reports of a secret arms deal hidden behind the arrangement.

**Wongai Zhangazha**

Manturov is the chairperson of Rostec supervisory board. Rostec, based in Moscow, is Russia's biggest arms manufacturer and brings together 663 entities, that form 13 holding companies of which eight of them operate in the military-industrial complex.

   

**Green Card Renewal Application,…**
FlleRight | Sponsored

**Cruise ships: New poverty getaway for Zimbabweans**

**The Zimbabwe Independent - The Leading Business…**

**Urologist: Try This if You Have an Enlarged Prostate…**
amazing-products.net | Spon…

One of the major arms companies out of the eight defence firms is Kalashnikov, Russia's largest designer and manufacturer of combat automatic and sniper weapons, including AK47 rifles.

Other Rostec subsidiaries include Rosoboronexport, which conducts foreign trade and deals with military hardware, helicopters and equipment for electronic warfare, aircraft instruments, radio-electronic systems and various measuring apparatus, among others.

President Robert Mugabe this week commissioned the platinum mining project in Darwendale during a visit by Russian Foreign minister Sergey Lavrov and his delegation which included Manturov.

The joint venture, dubbed the Great Dyke Investments (GDI), is between Pen East mining company and a Russian consortium made up of three corporations, Rostec, VI Holdings and Vnesheconombank.
Pen East Mining Company has the Zimbabwe Mining Development Corporation (ZMDC) as once of its shareholders. The Zimbabwe military is said to be also involved.

Investigations by Zimbabwe Independent in 2012 established that Pen East was linked to the military. Its board chairperson was retired Colonel Tshinga Dube who is also the chair of Marange Resources and Zimbabwe Defence Industries (ZDI) general manager.

Dube has been involved with Pen East dating back to 2005.

A letter dated December 6, 2005 by Caroline Elizabeth Sandura, a director of Pen East and former ZMDC board member, seen by Zimbabwe Independent, authorises Dube to sign company documents for RussChrome and RussZim. RussChrome and RussZim are joint ventures between Russian state companies and Zimbabwean companies with links to the military. They have links to GDI.

Investment levels of the new platinum deal are expected to reach US$4,8 billion over the next 10 years as there are plans to set up a refinery for value-addition.

The commissioning of the project come as Rosoboronexport is holding an arms expo which started on Wednesday and will run until Sunday in Pretoria. More than 25 African countries are attending. Sources said Zimbabwe is also interested.

The exhibition, titled Africa Aerospace and Defence 2014, is showcasing Russian-made military and civilian helicopters.

Rosoboroneport and Russian Helicopter Company experts will discuss capabilities of the Russian military equipment, which include the Mi-171Sh, Mi-8/17, and Mi-17-VS Russian military-transport helicopters, Mi-35M transport-combat helicopter, and Ansat-U training helicopter.

Security and police agencies will be shown the Ansat, a light multipurpose helicopter, as well as its training version, the Ansat-U.

The Ansat can be used to transport goods and passengers, as well police and medical functions, such as surveillance, search and rescue operations. Ansat-U can also be used for training.

Sources attending the exhibition say Zimbabwe has some representatives behind the scenes, reinforcing reports the platinum deal involves an arms arrangement.

Rostec supplies more than 70 countries around the world. South Africa has been one of its clients, having bought Ka-32 A11VS multipurpose helicopters.

The presence of Manturov raised eye-brows as to why he was directly involved in the platinum deal instead of Minister of Natural resources who is Sergy Donskoy.

"There is strong potential for cooperation between our two countries. Already joint projects are under discussion in which KAMAZ (a Russian truck manufacturing company), Russian Railways, ALROSA, Uralvagonzavod, Tekhnopromexport, United Engine Corporation (UEC), Inter RAO, as well as other leading Russian industrial companies may participate," Manturov said after returning to Moscow.

Uralvagonzavod specialises in combat vehicles. Some them include Terminator 2, fire support combat vehicle BMPT-72, TP90s modernised main battle tanks and Atom BMP armoured modular vehicle.

Rosoboronexport's contracts concluded with sub-Saharan countries between 2013-2014 amount to about US$1,7 billion.

Nigeria, Cameroon, Mozambique, Tanzania and Equatorial Guinea have bought arms from Russia, while there are prospects for the delivery of weapons to Botswana, Kenya, Rwanda, Djibouti, Ethiopia and other countries.

Efforts to get a comment from the Russian ambassador to Harare, Sergey Bakharev, were fruitless. He was said to be out of office for a week.

Mines minister Walter Chidhakwa yesterday said he was not aware of the arms deal.

"Negotiations for this joint venture started around 2005- 2006 that is when the concession was given to another Russian company. That company decided to change the concession by trying to sell it to someone else and we said no, you cannot do that. That is when the Russians decided to restructure.I don't know anything about an arms deal."

He said Pen East was owned by government and it brings in ZMDC and "another company" which he could give details of. Chidhakwa also said there was nothing wrong in Manturov being a co-chairperson of the joint venture instead of Donskoy.

"For us it is good because we will be able to directly interact with the responsible minister," he said. But Donskoy, not Manturov, deals with natural resources.

Zimbabwe has been trying to shop for arms for many years to replenish armoury depleted by the DRC war. According to the latest Africa Confidential report, Zimbabwe is trading platinum rights for Russian weapons.

"The government is desperate to replenish its armaments, many of them lost in the Congo-Kinshasa war when Zimbabwe intervened to save the late Laurent-Désiré Kabila's regime from insurgents in 1998-2002," the report says.

"The country could not replenish its lost military hardware due to an arms embargo which the European Union and the United States imposed, in 2002 and 2003 respectively, in response to high levels of political violence, human rights violations and intimidation by security forces and (Zanu PF) activists."

In 2012 a report carried by the Russian Kommersant, a business daily, revealed in April of that year officials from Russia came into the country and secured an inter-governmental agreement on stimulating investment and defence, under which a state corporation, Rostech, would supply military helicopters in exchange for mineral rights to platinum deposits in Darwendale.

In March 2014 this newspaper ZDI, which manufactures and supplies army uniforms, field equipment and ammunition for both the domestic and international markets, is now buying and selling scrap metal to keep afloat while its workers have been sent on forced leave.

In April 2008, Zimbabwe tried to purchase large quantities of ammunition from China but the deal was thwarted after the Chinese cargo ship – the MV "An Yue Jiang" – was blocked from docking at eastern seaboard South African port city of Durban.

9/23/22, 4:49 PM
Case 1:22-cv-00058-CRC Document 28-4 Filed 09/23/22 Page 6 of 16
Arms deal behind platinum project - The Zimbabwe Independent

**STORIES YOU WILL ENJOY**


**[Gallery] Late Night Show Guests Who Made It Hard To Look…**
Definition | Sponsored


**[Photos] Remember These Rare Sisters? See Them Now**
Give It Love | Sponsored


**[Pics] Serena Williams Finally Opens Door to Her Mansion, Take a…**
BuzzFond | Sponsored


**[Pics] Obama's House Is Far From What You'd Expect, Take A Look…**
TheDecorIdeas | Sponsored

Recommended by |

**STORIES YOU WILL ENJOY** |


**4 Sisters Took Same Picture for 40 Years (Take a Look at the La…**
Sponsored | Bored Pepper


**[Photos] Cat Won't Let Baby Sleep Alone - When Parents Discove…**
Sponsored | Smart World Mag


**[Pics] Plant Bananas All Over Your Garden, Look What Happens A Week Later**
Sponsored | TheDecorIdeas


**[Gallery] Songs That Are Banned And Will Never Be Played On The Radio Today**
Sponsored | Definition


**[Pics] Obama's Home Is Gorgeous, Let's Take A Look Inside**
Sponsored | BuzzAura


**90's Celebrities We Had Massive**


**[Photos] Remember Pauley**

**Crushes On**
Sponsored | Definition

**Perrette? Try Not To Gag When You See Her.**
Sponsored | Metiorr

# EXHIBIT 2

# Sale of Zim mining assets: Who is getting what?

27-07-2020 | 21:03



Facebook    Twitter    Email    Print    PDFmyURL

ZIMBABWE is selling off some of its mine assets. Here's a look at who is getting what.

In October 2018, the Zimbabwe government put up the "for sale" sign on mines owned by the Zimbabwe Mining Development Corporation (ZMDC). This was part of a privatisation drive targeting 35 State-owned firms.

Within a month of inviting bids, there had been a total of 151 bidders for the mines. However, by March 2019, government withdrew the sale, saying it had not attracted enough quality bids.

Ahead of the ZMDC tender, the government, with funding from the African Development Bank, engaged German engineering consultants DMT GmbH & Co to look into the state of its mining assets and how ZMDC can be turned around. DMT's preliminary assessment, reported on by newZWire then, found that investors were put off by a lack of long-term vision for the industry, that the State had too much involvement in the industry, and that there is no "value proposition" being offered to potential ZMDC investors.

By Mines minister Winston Chitando's own admission, "some of the assets in question had no geological information". The tender process, he admitted, had been "just really to say here is this mine come and bid, so you find that compromises the quality of the bids you get".

However, the government has found the sort of suitors willing to look past all this.

In an update on privatisation, the Finance ministry confirmed what has already been reported before; ZMDC assets will go to Landela. Other winners are Sakunda Holdings, Chinese giant Tsingshan, and Tumagole, a little-known South African venture. Another winner is the Zimbabwe Defence Forces (ZDF).

At the time, the initial bids were floated, the government said it would either sell entirely or allow joint ventures for ZMDC mines. In the latest update, there is no detail given as to the structure of the ZMDC deals.

Ad by Valueimpression

Government owns 23 mine assets. Of these, just three are working.

So, who is getting what from the sale?

Landela Mining Ventures – ZMDC assets

Landela has been announced as the winning bidder for "ZMDC Gold Assets and Sandawana Mine" in the ministry's report. ZMDC initially put up six gold mines for sale.

Among these are Jena Gold Mine in Silobela, which has ore capacity of 450 tonnes per day. However, its equipment is old and much of the plant has been stripped by creditors.

Elvington shut down in 2003 after the collapse of one of its main shafts. It has been under care and maintenance since. The mine used to produce 45kg per month and some data has shown it can yield US$2,4 million per month should it fully develop its 21 blocks of mining claims.

ZMDC's mines are old and in need of investment

Sandawana, the gemstone mine near Mberengwa, sits on at least nine known deposits. According to Landela CEO David Brown, the company is assessing the potential of the mine and will reach a decision "in the next few weeks".

Landela is on a shopping spree, having recently taken over Metallon's Shamva and Mazowe mines, Bindura Nickel Corporation and Freda Rebecca Mine. It is also a 50% joint venture partner in Great Dyke Investments, which is developing the Darwendale platinum project.

Sakunda Holdings – Mbungu Coalbed Methane (CBM) Concession

Sakunda, the commodities company linked to Kuda Tagwirei, was awarded special grant 5 755 near Lupane to prospect for gas. This is an area covering 333,160 hectares. Sakunda had already been awarded a grant to explore for coalbed methane at two locations there in 2015, in partnership with ZMDC. This was after Lupane Gas, a unit of the Industrial Development Corporation of Zimbabwe, had failed to make progress on exploration.

CBM is a form of natural gas extracted from coalbeds.

Tumagole – Gwayi CBM Concession

Tumagole, a South African company, has been awarded rights to special grant 5754, measuring 304,705ha for coalbed methane exploration.

The company, headed by Thapelo Tshepe, has no known record in resources. In 2019, the company claimed it would invest R55 billion into the Lupane project. Tumagole officials, led by South African ambassador to Zimbabwe Mphakama Mbete, paid a courtesy call on Vice-President Constantino Chiwenga in 2019.

At that meeting, Tshepe claimed Tumagole had secured funding commitments from South African banks and technical support from "big companies like Sasol".

The company, he said, was only waiting for "binding contracts" from Zimbabwe to get things moving.

Bravura – Serui Platinum Concession

Bravura is to develop the Serui platinum concessions, which sits just south of the Hartley complex on the Great Dyke. Bravura is an arm of Nigerian billionaire Benedict Peters' energy firm Aiteo.

The site is not without controversy. The claims were once held by Amari Holdings, a British Virgin Islands-based company. In 2007, the company formed platinum and nickel ventures with ZMDC. However, these were cancelled by the government in 2010.

In December, Amari went to the International Court of Arbitration in Lusaka and won a bid to seize assets worth US$65,9 million as compensation from ZMDC. Zimbabwe, however, says Amari's ZMDC deals had been approved illegally by ZMDC officials.

It was reported in 2019 that Amari had been approached by Peters to seek a settlement. Peters' Bravura Holdings, however, denied the reports.

While Bravura's parent company Aiteo is a major energy player, it has no platinum experience. The company only branched out into mining in 2017 after winning a mining licence in the DRC

Bravura holds a bank of concessions in the DRC, including copper and cobalt claims in the mineral-rich Katanga province. It also has prospects in Nigeria and in Guinea, where Peters is looking to latch on to the bauxite boom there.

For Bravura, developing the mine will be no easy task. The PGM deposits at Hartley are notoriously complex to mine, even for experienced miners.

Kamativi Lithium Concession

According to the privatisation update, the Kamativi lithium concession has been granted to "Beijing Tsingshan, Lintmar, Zimbabwe Defence Forces".

Lintmar's Zimbabwe Lithium Company, in which Canadian-listed miner Chimata Gold Corp has a 19% shareholding, has been in a joint venture with ZMDC to extract lithium from the tailings dump at Kamativi's abandoned tin mine.

However, a dispute with China's Tsingshan has long delayed development. Tsingshan had claimed it had rights to the dump, but an arbitrator ruled in Lintmar's favour.

It remains unclear why Tsingshan is listed as one of the bidders on Kamativi. ZMDC had long said it was not interested in a partnership with Tsingshan after it failed to back up an earlier partnership to develop the tailings.

In 2015, Tsingshan pledged to invest US$102 million. However, three years later, ZMDC told a parliamentary committee that the company had not met this pledge. The company, ZMDC said, had only bought US$1 million worth of equipment. The equipment, in any case, turned out to be unsuitable for the mine.

The ZDF's role at Kamativi is also not made clear.

Tsingshan – Mberengwa Lithium Concession
China's Tsingshan Global Holdings, the world's number one producer of stainless steel, is being granted exploration rights for lithium in Mberengwa.

In June 2018, the company signed an MoU with the government for the construction of a US$1 billion steel plant at Mvuma.

After further exploration, the company was given additional access to coal, nickel and lithium deposits. Tshingshan's local arm, Afrochine, already produces ferrochrome from its Selous plant.

Facebook　　Twitter　　Email　　Print　　PDFmyURL

# EXHIBIT 3

# Fearing seizures, Mnangagwa transfers state mining assets to a new entity

**africaintelligence.com**/southern-africa-and-islands/2022/05/11/fearing-seizures-mnangagwa-transfers-state-mining-assets-to-a-new-entity,109783945-art

May 11, 2022



### ZMDC, the state-owned company that owns the majority of the government's mining portfolio, needs to find more than $400m to compensate aggrieved former business partners.

Issue dated 11/05/2022 Reading time 3 minutes

The Zimbabwean government is in the process of selling off the state-owned **Zimbabwe Mining Development Corp** (ZMDC), which holds mining assets ranging from diamonds to gold, platinum and lithium. Internal finance ministry documents show that many of the debt-ridden mining company's assets were transferred in April to a new entity, **Defold Mines**, just as several of ZMDC's creditors are scrambling to claim their dues.

According to the documents, signed on 14 April by Finance Secretary **George Guvamatanga**, the government finalised the transfer to Defold Mines of ZMDC's 93% stake in the Kamativi tin mine in north-western Zimbabwe and its 40% stake in the Todal-Bokai platinum project.

Both assets are on the list of mining sites to be recapitalised by 2025 under ZMDC's strategic plan. Work was already underway to convert the Kamativi tin mine - which is not operational, like the Todal-Bokai mine - into a lithium mine. The **Zimbabwe Consolidated Diamond Co** (ZCDC), meanwhile, was completely taken over by Defold Mines at the end of 2021.

The placement of these mining assets under this new vehicle comes at a time when Harare fears that they could be seized by the courts to compensate ZMDC's many ex-business partners, to whom the company owes more than $465m.

## Defeats and debts

After a series of legal defeats, ZMDC owes $378m to South Africa's **Grandwell Holdings**, which was its 50% partner in **Mbada Diamonds**. The company, which was for many years been a major earner for the Zimbabwean taxman, has been sanctioned by Washington since 2011 because of ongoing violence in the running of its Marange diamond mine.

The second largest amount owed by ZMDC - over $73m - is being sought by **Amari Resources** for the cancellation of a joint venture on nickel and platinum leases. In 2019, an international arbitration in Lusaka ruled in favour of Amari, which has been trying since January to enforce the arbitration decision in the US courts (AI, 11/02/22).

## Managing creditors

President **Emmerson Mnangagwa**'s Zimbabwe is also facing repayment deadlines on more than $14bn borrowed from international creditors. In this context, safeguarding its mining assets could be crucial.

The government is considering using revenues from its mining assets as collateral to take on new debt to repay loans to the **World Bank** and the **African Development Bank** (AfDB). The Mnangagwa government is also reportedly preparing an application for debt relief under the Heavily Indebted Poor Countries (HIPC) initiative. The use of mining income as collateral was envisaged as a contingency plan.

Finance Minister **Mthuli Ncube** presented both plans at recent meetings that have taken place since late February with the **International Monetary Fund** (IMF) in Washington. AfDB President **Akinwumi Adesina** has also been approached to intervene on Zimbabwe's behalf for a debt deal with some of the major creditors.

Zimbabwe is already using future gold and platinum export revenues as collateral for a $1.4bn **Afreximbank** credit facility, and is also using dividends from state-owned mines to repay debts to private creditors, such as fuel import bills owed to trading giant **Trafigura**.

*© Copyright Africa Intelligence.*
*Reproduction and dissemination prohibited (Intranet...)*
*without written permission. - 107956106*