# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Amaplat Mauritius Ltd., *et al*,<br><br>        Plaintiffs,<br><br>v.<br><br>Zimbabwe Mining Development Corporation, *et al*,<br><br>        Defendants. | Civil Action No. 1:22-cv-00058-CRC |

## [PROPOSED] ORDER

Upon consideration of the Motion to Dismiss the Complaint submitted by the Chief Mining Commissioner, Ministry of Mines (the "Commissioner"), and the Republic of Zimbabwe ("Zimbabwe"), and the Opposition to the Motion to Dismiss the Complaint submitted by Amaplat Mauritius Ltd. ("Amaplat") and Amari Nickel Holdings Zimbabwe Ltd. ("Amari"), and the entire record herein, it is on this day of , 2022, hereby:

**ORDERED** that the Motion to Dismiss is **DENIED.**

**SO ORDERED**

Date:

                                                        _____
                                                        Hon. Christopher R. Cooper
                                                        UNITED STATES DISTRICT JUDGE