# EXHIBIT 1



Telephone : 0242-487014-20  
Fax : 0242-487022 / 159

No. 6 CONSTANTIA AVENUE  
STRATHAVEN,  
HARARE,  
P.O.BOX 4101, HARARE

Our ref:

Your ref: E-letter/GNM/VMH/ZTW002

14 May 2021

Titan Law  
Cnr. Piers Road & Fisher Avenue  
Borrowdale  
Harare



**Attention: Mr GN Mlotshwa**

**RE: AMAPLATS MAURITIUS LIMITED & ANOTHER / ZIMBABWE MINING DEVELOPMENT CORPORATION, CHIEF MINING COMMISSIONER**

We refer to the above and to our recent engagements on the same.

Further to your letter of 22 October 2020 and subsequent letter of demand dated 12 January 2021, we have now received Treasury's substantive comments on the matter. ZMDC has been asked by Treasury to develop modalities and structures to pay the Amari debt from its internally generated resources.

In order for ZMDC to proceed with its processes, which might necessitate the disposal of already identified assets, we must restart our engagement with the Creditor. We are however aware that in the period before and since your letters under reference, numerous approaches have been made to our Ministry and Treasury by parties purporting to represent Amari, a situation that makes it difficult to proceed on so strategic a matter of national interest.

As such, the secondary purpose of this letter (besides notifying you of Treasury's position as aforesaid) is to advise that in proceeding as directed by Treasury we will only discuss this matter through Amari's authorized local legal representatives and, to this end we ask that you confirm definitively that you still have the mandate to represent the creditor.

DIRECTORS: P. CHIMBOZA (CHAIRMAN), C. TAWHA, W. PASIPAMIRE, R. JAURE, R. MANDIMUKA, S. CHELLA, B. CHITAMBIRA (GENERAL MANAGER)

As we have resolved to address this matter without further delay, your kind and urgent attention to this matter will be appreciated.

Yours faithfully



B. Chitambira
**General Manager**

Cc Hon. W. Chitando, Minister of Mines and Mining Development
Cc Hon. Prof. M. Ncube, Minister of Finance and Economic Development
Cc Dr. M. J. M. Sibanda, Chief Secretary to the President and Cabinet
Cc Mr. O. M. Moyo, Secretary for Mines and Mining Development
Cc Mr. G. T. Guvamatanga, Secretary for Finance and Economic Development
Cc Mr. A. N. Bvumbe, Head, Zimbabwe Public Debt Management Office
Cc Mr. E. M. Zvandasara, Acting Accountant General

# EXHIBIT 2

http://www.zmdc.co.zw/contact
33 captures
15 Jan 2015 - 22 Oct 2021



HOME   ABOUT US   OPERATIONS   SUSTAINABILITY   MEDIA & GALLERY   NEWS   INVESTMENT OPPORTUNITIES   **CONTACT**



## Contact

**ADDRESS:**
MMCZ Building
90 Mutare Road
Msasa
Harare
Zimbabwe

**TELEPHONE:**
+263 (4) 487014-20
+263 772 165 525-7

**FAX:**
+263 (4) 487022

# EXHIBIT 3

Case 1:22-cv-00058-CRC   Document 32-3   Filed 11/01/22   Page 7 of 7


