# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Amaplat Mauritius Ltd., c/o CKLB International Management Ltd., P.O. Box 80, Felix House, 24 Dr. Joseph Riviere Street, Port Louis 11602, Mauritius; and<br><br>Amari Nickel Holdings Zimbabwe Ltd., c/o CKLB International Management Ltd., P.O. Box 80, Felix House, 24 Dr. Joseph Riviere Street, Port Louis 11602, Mauritius,<br><br>    Plaintiffs,<br><br>  v.<br><br>Zimbabwe Mining Development Corporation, 90 Mutare Road, Msasa, Harare, Zimbabwe;<br><br>The Chief Mining Commissioner, Ministry of Mines of Zimbabwe, 6th Floor, ZIMRE Centre, Cnr. Leopold Takawira Street/Kwame Nkrumah Avenue, Private Bag 7709, Causeway, Harare, Zimbabwe;<br><br>and the Republic of Zimbabwe, c/o Head of the Ministry of Foreign Affairs, Ministry of Foreign Affairs, P.O. Box 4240, Munhumutapa Building, Cnr. Samora Machel Avenue/Sam Nujoma Street, Harare, Zimbabwe<br><br>    Defendants. | Civil Action No. 1:22-cv-00058-CRC |

**DECLARATION OF STEVEN K. DAVIDSON IN SUPPORT OF PLAINTIFFS'
OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Steven K. Davidson states under penalty of perjury as follows:

1. I am an attorney admitted to practice in this Court and counsel of record for Plaintiffs.

2. I am making this Declaration to place before the Court certain materials that are relevant to Plaintiffs' opposition to Defendants' motion to dismiss.

3. Attached hereto as Exhibit A is a copy of the United States International Trade Administration's Zimbabwe - Country Commercial Guide, as downloaded by my firm from https://www.trade.gov/country-commercial-guides/zimbabwe-mining-and-minerals.

4. Attached hereto as Exhibit B is a copy of the Zimbabwe Mining Development Corporation Act 1983, as downloaded by my firm from https://old.zimlii.org/zw/legislation/num-act/1983/31/Zimbabwe%20Mining%20Development%20Corporation%20Act%20.pdf.

5. Attached hereto as Exhibit C is a copy of the Mines and Minerals Act 1961, as downloaded by my firm from https://old.zimlii.org/zw/legislation/num-act/1961/38/MINES_AND_MINERALS_ACT_21_05.pdf.

6. Attached hereto as Exhibit D is a copy of a report from the website of the World Trade Organization, as downloaded by my firm from https://www.wto.org/english/tratop_e/tpr_e/s398_sum_e.pdf.

7. Attached hereto as Exhibit E is a copy of an academic article entitled "The State and the Bloody Diamond Rush in Chiadzwa: Unpacking the Contesting Interests in the Development of Illicit Mining and Trading, c.2006—2009," as downloaded by my firm from https://www.jstor.org/stable/23267007?seq=3.

8. Attached hereto as Exhibit F is a copy of a 2017 Report of a Zimbabwean Parliamentary Committee, as downloaded by my firm from

https://www.veritaszim.net/sites/veritas_d/files/Portfolio%20Committee%20on%20Mines%20and%20Energy%20Report%20on%20the%20Consolidation%20of%20the%20Diamond%20Mining%20Companies%20-%20SC%209-2017.pdf.

9. Attached hereto as Exhibit G is a copy of an academic article entitled "The Political Economy of Artisanal and Small-Scale Gold Mining in Central Zimbabwe," as downloaded by my firm from https://www.jstor.org/stable/24566554.

10. Attached hereto as Exhibit H is a copy of a news article entitled "Mpofu appoints Masimirembwa to chair CMED," as downloaded by my firm from https://nehandaradio.com/2014/06/12/mpofu-appoints-masimirembwa-chair-cmed/.

11. Attached hereto as Exhibit I is a copy of a news article entitled "Obert Mpofu, Masimirembwa, strange bedfellows," as downloaded by my firm from https://bulawayo24.com/index-id-news-sc-national-byo-49732.html.

12. Attached hereto as Exhibit J is a copy of a news article entitled "ZANU PF Infighting Blamed for the Suspension of Top Mining Officials," as downloaded by my firm from https://www.thezimbabwean.co/2010/08/zanu-pf-infighting-blamed-for-the-suspension-of-top-mining-officials/

13. Attached hereto as Exhibit K is a copy of a news article entitled "SPECIAL REPORT: Zimbabwe elite's role in billion dollar diamond leakages revealed," as downloaded by my firm from https://www.thecitizen.co.tz/tanzania/news/africa/special-report-zimbabwe-elite-s-role-in-billion-dollar-diamond-leakages-revealed-2554656.

14. Attached hereto as Exhibit L is a copy of a news article entitled "The Effectiveness of Initiatives to Promote Good Governance, Accountability and Transparency in the

Extractives Sector in Zimbabwe," as downloaded by my firm from

https://www.jstor.org/stable/24734897

15. Attached hereto as Exhibit M is a copy of a Zimbabwe Labour Court judgment, as downloaded by my firm from https://old.zimlii.org/zw/judgment/labour-court/2014/10.

16. Attached hereto as Exhibit N is a copy of a Zimbabwe High Court judgment, as downloaded by my firm from https://old.zimlii.org/zw/judgment/files/harare-high-court/2016/270/2016-zwhhc-270.pdf.

17. Attached hereto as Exhibit O is an International Crisis Group report, as downloaded by my firm from https://www.crisisgroup.org/africa/southern-africa/zimbabwe/time-rethink-kimberley-process-zimbabwe-case

18. Attached hereto as Exhibit P is Annexure FA11 to the Zimbabwe High Court Affidavit of Mark Summers, which was provided to my firm as part of the file for this matter.

19. Attached hereto as Exhibit Q is Annexure FA13 to the Zimbabwe High Court Affidavit of Mark Summers, which was provided to my firm as part of the file for this matter.

20. Attached hereto as Exhibit R is Annexure FA14 to the Zimbabwe High Court Affidavit of Mark Summers, which was provided to my firm as part of the file for this matter.

21. Attached hereto as Exhibit S is the Zimbabwe High Court Affidavit of Mark Summers, which was provided to my firm as part of the file for this matter.

22. Attached hereto as Exhibit T is Annexure FA4 to the Zimbabwe High Court Affidavit of Mark Summers, which was provided to my firm as part of the file for this matter.

23. Attached hereto as Exhibit U is a copy of a report of a Zimbabwean Parliamentary Committee, as downloaded by my firm from https://www.thezimbabwean.co/wp-content/uploads/2016/03/Diamond-report-Chindori-Chininga-Doc51.docx.

24. Attached hereto as Exhibit V is a copy of a news report entitled "3 Mining State Firms' Boards Dissolved," as downloaded by my firm from https://www.herald.co.zw/3-mining-state-firms-boards-dissolved/.

25. Attached hereto as Exhibit W is a copy of an internet post entitled "Government complicit in Marange diamond plunder warrant an independent commission," as downloaded by my firm from https://kubatana.net/2018/03/07/government-complicit-marange-diamond-plunder-warrant-independent-commission/.

26. Attached hereto as Exhibit X is copy of a news report entitled Russians start $3bn mine in Zimbabwe" as downloaded by my firm from https://www.iol.co.za/business-report/economy/russians-start-3bn-mine-in-zimbabwe-1751935#.VCA4vcgaL3g.

27. Attached hereto as Exhibit Y is a copy of a news report entitled "Russian Companies Buy Into Zimbabwe Platinum Field," as downloaded by my firm from https://www.themoscowtimes.com/2013/08/09/russian-companies-buy-into-zimbabwe-platinum-field-a26619.

28. Attached hereto as Exhibit Z is a copy of a news report entitled "The Zimbabwean army expands its influence," as downloaded by my firm from https://peoplesdispatch.org/2020/12/20/the-zimbabwean-army-expands-its-influence/.

29. Attached hereto as Exhibit AA is a copy of Executive Order 13469, as downloaded by my firm from https://www.govinfo.gov/content/pkg/WCPD-2008-07-28/pdf/WCPD-2008-07-28-Pg1025-2.pdf.

30. Attached hereto as Exhibit BB is a copy of a July 25, 2008 U.S. Treasury Department press release, as downloaded by my firm from https://home.treasury.gov/news/press-releases/hp1097.

31. Attached hereto as Exhibit CC is a copy of a December 12, 2022 U.S. Treasury Department press release, as downloaded by my firm from https://home.treasury.gov/news/press-releases/jy1158.

32. Attached hereto as Exhibit DD is a copy of September 30, 2009 U.S. Treasury Department Remarks, as downloaded by my firm from https://home.treasury.gov/news/press-releases/tg301.

33. Attached hereto as Exhibit EE is a copy of a U.S. State Department Press Release, as downloaded by my firm from https://www.state.gov/updates-to-the-zimbabwe-sanctions-list/.

34. Attached hereto as Exhibits FF through LL are copies, in reverse chronological order, of the 2023 through 2017 U.S. State Department Investment Climate Statements for Zimbabwe, all of which were downloaded by my firm from the State Department's website.

35. Attached hereto as Exhibit MM is a copy of State Department Congressional Testimony dated July 18, 2013, as downloaded by my firm from https://2009-2017.state.gov/p/af/rls/rm/2013/210807.htm.

36. Attached hereto as Exhibit NN is a copy of a news article entitled "Zim govt is plotting to strip state mine assets to hide from $467m in legal claims, but there's resistance from within," as downloaded by my firm from https://miningzimbabwe.com/zim-govt-is-plotting-to-strip-state-mine-assets-to-hide-from-us467m-in-legal-claims-but-theres-resistance-from-within/.

37. Attached hereto as Exhibit OO is a copy of what I am informed and believe to be an April 14, 2022 Memorandum regarding ZMDC's transfer of shareholdings to Defold.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 10, 2023
       Washington, D.C.

                                                         /s/ Steven K. Davidson
                                                    STEVEN K. DAVIDSON