# Exhibit G



The Political Economy of Artisanal and Small-Scale Gold Mining in Central Zimbabwe
Author(s): Showers Mawowa
Source: *Journal of Southern African Studies,* Vol. 39, No. 4, SPECIAL ISSUE: POLITICS, PATRONAGE AND VIOLENCE IN ZIMBABWE (December 2013), pp. 921–936
Published by: Taylor & Francis, Ltd.
Stable URL: https://www.jstor.org/stable/24566554
Accessed: 10-08-2023 13:56 +00:00

JSTOR is a not-for-profit service that helps scholars, researchers, and students discover, use, and build upon a wide range of content in a trusted digital archive. We use information technology and tools to increase productivity and facilitate new forms of scholarship. For more information about JSTOR, please contact support@jstor.org.

Your use of the JSTOR archive indicates your acceptance of the Terms & Conditions of Use, available at https://about.jstor.org/terms



*Taylor & Francis, Ltd.* is collaborating with JSTOR to digitize, preserve and extend access to *Journal of Southern African Studies*

This content downloaded from 165.225.220.185 on Thu, 10 Aug 2023 13:56:20 +00:00
All use subject to https://about.jstor.org/terms

*Journal of Southern African Studies*, 2013
Vol. 39, No. 4, 921–936, http://dx.doi.org/10.1080/03057070.2013.858540



# The Political Economy of Artisanal and Small-Scale Gold Mining in Central Zimbabwe

## SHOWERS MAWOWA

(University of KwaZulu Natal)

*Zimbabwe's post-2000 period has been characterised by a dramatic increase in artisanal small-scale mining (ASM), particularly gold mining. Economic decline and rising unemployment meant that ASM provided one of the very few opportunities for survival and capital accumulation. This article provides a contextual analysis of the growth of ASM, together with a detailed discussion of a case study of mining in Totororo, Kwekwe District in central Zimbabwe, based on field research and media reports. Totororo was initially the site of an intense gold rush, which was quasi-formalised through being registered as a small mine. The article situates the discussion of the growth of ASM in the context of the political economy of Zimbabwe's crisis decade and subsequent period of power sharing. It reveals both similarities and differences with the political economy of diamond mining in Zimbabwe, which has attracted greater attention from scholars and the human rights community. Artisanal gold mining in Totororo clearly provided significant survivalist livelihood opportunities. Yet the site was also highly politicised and contested, and the politics of controlling extraction and trade were part of a bigger story of elite accumulation and patronage. The article criticises those who approach ASM only through debates over grass-roots, informal survivalism, and also suggests some of the ways in which elite accumulation has provided not only lucrative opportunities for a broad network of lower ranking party or state agents but also work for locals and itinerant panners who would otherwise be jobless.*

## Introduction

From 1999 to early 2009, Zimbabwe's economy suffered a cumulative decline of 54.8 per cent.[1] According to the 2010 *Human Development Report* (*HDR*), by end of 2008 the country's human development indicators were at an all-time low.[2] A chaotic land-reform programme, through which supporters of the ruling Zimbabwe African National Union (Patriotic Front) (ZANU[PF]) grabbed farms from whites, crippled the country's agriculture and associated industries. The economic decline coincided with, and was aggravated by, a political crisis. ZANU(PF) was accused of using violence against political opponents and rigging elections to retain power, creating a crisis of legitimacy. As the crisis escalated, the mining sector also suffered a setback, and by November 2008 nearly all of the country's mines were either closed or under care and maintenance. In 2009, following an inconclusive election, ZANU(PF), through SADC mediation, entered into a power-sharing agreement with two formations of the opposition Movement for Democratic Change (MDC), ushering in a new period of economic stability. This article is about the political economy of one key sector

---

1 Zimbabwe National Statistics Agency (ZIMSTAT), Harare, 2010
2 *Human Development Report 2010*, 20th anniversary edition, *The Real Wealth of Nations: Pathways to Human Development*, United Nations Development Programme (UNDP) (Palgrave Macmillan, New York, 2010).

© 2013 The Editorial Board of the *Journal of Southern African Studies*

This content downloaded from 165.225.220.185 on Thu, 10 Aug 2023 13:56:20 +00:00
All use subject to https://about.jstor.org/terms

of the economy during Zimbabwe's crisis, that of artisanal and small-scale mining (ASM), focusing on gold.

There is no single agreed definition of ASM, though common references associate the practice with low levels of production, poorly skilled labour, poor technology, small claims, subsistence and illegality.[3] ASM blurs the boundary between informal and registered small-scale miners, both of which are generally included in the definition. Moreover, debates over the category have a strong focus on poverty. Hentschel *et al.* argue that 'The development of the sector (ASM) shows a strong relationship to the general economic indicators of the country: ASM is poverty related'.[4] They and other authors interpret the growth of ASM through a focus on the temporary, survivalist strategies that people use as a means of coping with poverty and unemployment.

Policy and legal frameworks in Zimbabwe do not provide a specific definition of ASM, and policy practice suggests a rather loose interpretation. Although there is a provision in the Mines and Minerals Act for registration of small claims of less than 20,000 square metres, there is no law or policy specifically to regulate or govern ASM more broadly.[5] In 2002, the government used output criteria to define 'small ASM' gold producers, limiting them to those producing 'less than 15 kgs of gold per year'.[6] In practice, one can distinguish between two broad types of ASM miners, namely: 1) registered miners, i.e. those who have registered small claims and gold processing mills with the Ministry of Mines at regional centres; these are usually individually or family-owned, though they may also be company owned; 2) informal, unregistered, or illegal producers, known locally as *makorokoza* (meaning panners, the practice is called *chikorokoza*). From the colonial period to the 1980s, government often referred to the size of the labour force (less than 50 employees) in distinguishing small miners from medium- to large-scale operations.[7] *Chikorokoza* involves both full-time, often nomadic artisanal miners targeting auriferous reefs, abandoned mines, old workings and dumps, or rural subsistence farmers engaging in artisanal mining between farming activities. In practice there is a strong intersection between small registered works and *chikorokoza*, with the former usually purchasing and processing gold from the latter.

Associating ASM only with informality and casting it as a survival strategy for the poor is clearly inadequate in the Zimbabwean context, as senior civil servants, ZANU(PF) politicians and military figures play a critical role in ASM and the informal economy more generally. ASM should be conceptualised as part of the development, sustenance and reproduction of a patronage system controlled by those with state and/or party positions.[8] This seems to validate Castells and Portes's argument that informality, 'far from being a euphemism for poverty, entails a specific form of relationships of production'.[9] It can be observed, however,

---

3  T. Hentschel, R. Hruschka and M. Priester, *Artisanal and Small-Scale Mining: Challenges and Opportunities* (International Institute for Environment and Development and World Business Council for Sustainable Development, London, 2003), p. 7.

4  *Ibid.*, p. 8.

5  Zimbabwe, *Mines and Minerals Act*, [Chapter 21:05], 1961 (last amended in 2006).

6  Oliver Maponga and Maideyi Meck, 'Illegal Artisanal Gold Panning in Zimbabwe – A Study of Challenges to Sustainability along the Mazowe River', in Gavin M. Hilson (ed.), *The Socio-Economic Impact of Artisanal and Small-Scale Mining in Developing Countries* (A.A. Belkema, Lisse [Netherlands], 2003), p. 350.

7  See Ian Phimister, *An Economic and Social Economic History of Zimbabwe, 1890–1948: Capital Accumulation and Class Struggle* (Longman, London, 1988); Showers Mawowa, 'Political Economy of Crisis, Mining and Accumulation in Zimbabwe: Evidence from the Chegutu-Mhondoro Area' (PhD thesis, University of KwaZulu Natal, 2013).

8  Showers Mawowa, 'Tapping into the Chaos: State, Crisis and Accumulation' (MA thesis, University of KwaZulu-Natal, 2007).

9  M. Castells and A. Portes, 'World Underneath: The Origins, Dynamics, and Effects of the Informal Economy', in A. Portes, M. Castells and L. Benton (eds), *The Informal Economy: Studies in Advanced and Less Developed Countries* (Baltimore, Johns Hopkins University Press, 1989).

This content downloaded from 165.225.220.185 on Thu, 10 Aug 2023 13:56:20 +00:00
All use subject to https://about.jstor.org/terms

that ASM remains characterised by small production volumes at the lower end of the mineral industry spectrum and loose regulation.

Official figures show that, except for platinum and diamonds, Zimbabwe's mining sector experienced a general decline between 2000 and 2008. While the more general economic crisis can be attributed to the violent seizures of white-owned farms in the name of wealth redistribution, economic indigenisation and empowerment, the same cannot easily be said about the mining sector. It was only from 2011 that the Zimbabwe government started to enforce a 2008 indigenisation law that required all foreign-owned mines to dispose of at least a 51 per cent stake. Thus the reasons for the decline in mining output cannot be directly blamed on agrarian populism. It is also the case that most output from ASM is unaccounted for, rendering official output figures a massive underestimation. In 2007 the governor of the Reserve Bank of Zimbabwe estimated that more than 15 tons of gold (worth over US$400m), diamonds worth over US$800 million and other minerals worth about US$200 million were smuggled out of the country annually between 2002 and 2007.[10]

The human rights violations, smuggling and looting of diamonds from Marange fields in eastern Zimbabwe epitomises Zimbabwe's crisis political economy and the role within it of the politics of resource control.[11] The discovery of the Maranke diamonds in 2006 saw the area being invaded by thousands of artisanal miners. In contrast to the country's goldfields, where there was a similar popular rush, Zimbabwe's military violently drove away artisanal diamond miners. After a period of initial turbulence in Marange, and unlike diamond-mining in much of Africa, where artisanal miners still predominate, the key Zimbabwean diamond fields seem at the time of writing to be stabilising into large-scale operations owned by the Zimbabwean state, the military and foreign investors.[12] While violent state clampdowns on *makorokoza* are not peculiar to the Marange diamond fields, the scale of the violence and the decisiveness of the military intervention stand out. In the Marange, the state eliminated a popular survival economy that continues to exist in the gold sector. This is perhaps because the stakes in diamonds were higher and the interest stronger. Yet the political economy of both gold and diamonds are similar in other ways, and arguably represent a similar anatomy of criminalisation, patronage and accumulation.

In the Totororo case discussed below, exploitation of the gold fields began in the form of a popular and intensive gold rush, attracting hundreds of artisanal miners, before one powerful figure drove away the *makorokoza* through a combination of violence (using local police and youth militia), political and legal manipulation, and established a stable registered small mining operation with opportunities for employment limited to the patron's own political clients.

The political economy of gold and diamond mining in Zimbabwe invites reference to theories of the postcolonial state in Africa, and to debates over primitive accumulation and capitalist development. Scholars of Zimbabwe have invoked Karl Marx's notion of primitive accumulation to explore elite accumulation and state violence.[13] One is made to recall how

10  Gideon Gono, 'Promoting Indigenous Economic Empowerment': Address to the Extraordinary Session of ZANU (PF) Congress in Harare, 14 December 2007,
11  Human Rights Watch, *Diamonds in the Rough: Human Rights Abuses in the Marange Diamond Fields of Zimbabwe* (June 2009).
12  Tinashe Nyamunda and Patience Mukwambo, 'The State and the Bloody Diamond Rush in Chiadzwa: Unpacking the Contesting Interests in the Development of Illicit Mining and Trading, 2006–2009', *Journal of Southern African Studies*, 38, 1 (2012), pp. 145–66; Patrick Bond and Khadija Sharife, 'Zimbabwe's Clogged Political Drain and Open Diamond Pipe', *Review of African Political Economy*, 39, 132 (2012), pp. 351–65.
13  Karl Marx, 'Capital Volume 1 – Part viii: The So-Called Primitive Accumulation', in Robert C. Tucker (ed.), *The Marx–Engels Reader*, 2nd Edition (New York, Norton, 1972), pp. 431–8.

This content downloaded from 165.225.220.185 on Thu, 10 Aug 2023 13:56:20 +00:00
All use subject to https://about.jstor.org/terms

capitalism was (is) conceived with 'blood dripping from its pores', through processes of primitive accumulation.[14] The violence of gold mining in Zimbabwe invokes Anderson's 'absolutist state', which emerged during Western Europe's long periods of primitive accumulation.[15] Historically conflict has been part of the birth pangs of capitalist development. Unlike Western European trajectories, however, it is not clear that Zimbabwean processes have encouraged increased productivity. David Moore has suggested that in the absence of a state capable of enforcing and maintaining a specific property regime, processes of primitive accumulation may be protracted or may stagnate, 'hence blood continues to flow'.[16] As those controlling violent forms of accumulation benefit through access to the international markets, Rosa Luxemburg suggests, primitive accumulation should not be labelled 'primitive' at all, but must recur in order to revive capitalism.[17] Many apparently anti-capitalist aspects of the Zimbabwe crisis – the hyperinflation and volatile currency, the deployment of militia and 'war vets', the high levels of informality and economic disorder – can be cast within these frameworks as part of a broader process of accumulation by dispossession.

The political economy of the Zimbabwean crisis also resonates with Reno's 'political economy of conflict', prompting scholars to invoke what Chabal and Daloz refer to as the 'instrumentalisation of disorder and violence'.[18] The state appears to have been turned into a vehicle for private accumulation, behaving like Reno's 'shadow state', both enforcing and refraining from enforcing legal provisions to regulate accumulation for the benefit of members of the ruling elite, or those connected to them. However, Reno and other commentators, drawing primarily on West African cases, apply the notion of 'political economy of conflict' to weak and failed states characterised by civil war. Yet Zimbabwe retains a strong bureaucracy and coercive apparatus. Even where violence appears to have spiked out of control, for example where artisanal miners clash with police or vigilante groups go on the rampage, this only goes as far as the state or elements within it can tolerate, and can be readily crushed by the police or military.

The analysis presented below of the political economy of ASM gold mining in central Zimbabwe begins by contextualising the growth of gold panning in Zimbabwe's post-2000 crisis political economy. My examination of how an apparently survivalist gold rush became the focus for competing political and economic interests and matured into a registered formal small-scale mining operation casts the process as a mimic of the birth of capitalism and the shift 'from primitive accumulation to civilised accumulation'.[19] Analysing the form, structure and organisation of production at this ASM site, the article reveals the intersection between patronage politics, economic crisis, survivalism and elite accumulation.

## Growth of Gold Panning in Post-2000 Zimbabwe

Gold mining and trade in Zimbabwe predates the advent of colonial rule in 1890. Pre-colonial mining consisted of small works in gold, copper and iron – what would qualify in the modern

14  *Ibid.*; Perry Anderson, *Lineages of the Absolutist State* (London, New Left Books, 1974); Michael Perelman, *The Invention of Capitalism: Classical Political Economy and the Secret History of Primitive Accumulation* (Durham, NC and London, Duke University Press, 2000).
15  Perry Anderson, *Lineages.*
16  David Moore, 'Intellectuals Interpreting Zimbabwe's Primitive Accumulation: Progress to Market Civilisation?' *Safundi*, 8 (2007), pp. 199–222.
17  Rosa Luxemburg, *The Accumulation of Capital* (London, Routledge and Kegan Paul, 2003).
18  P. Chabal and J-P. Daloz, *Africa Words: Disorder as Political Instrument* (London, James Currey, 1999).
19  Karl Marx, 'Capital Volume I', cited in D. Moore, 'The Second Age of the Third World: From Primitive Accumulation to Global Public Goods?', *Third World Quarterly* 25 (1), 2004, pp. 27–109.

This content downloaded from 165.225.220.185 on Thu, 10 Aug 2023 13:56:20 +00:00
All use subject to https://about.jstor.org/terms

era as ASM.[20] Evidence suggests that gold production and trade was vital for the pre-colonial Zimbabwe polities of Great Zimbabwe, Khami and Mutapa.[21] Colonial policies that forced Africans into wage labour saw the death of this craft. Though colonial Zimbabwe had a vibrant small-scale gold-mining sector, this was restricted to whites.[22] Only minimal riverbank panning by Africans remained as a continuation of precolonial mining. With the end of colonial rule in 1980, the sector opened up somewhat with several new small-scale mines being established with support from the ministry of mines and the state-owned Zimbabwe Mining Development Corporation (ZMDC). ZMDC was formed in 1982 to invest on behalf of the state, oversee the development of the mining sector and support mining co-operatives. According to Masiya *et al.*, registered claims increased from 1,000 to 10,000 between 1983 and 1990.[23] The ZANU(PF) government then viewed ASM as part of the solution to the unemployment problem.

Yet it was not until the early 1990s that government started actively to encourage artisanal mining. The IMF- and World Bank-sponsored Economic Structural Adjustment Programme (ESAP), adopted in 1990, promoted economic liberalisation and encouraged ASM and other self-employment activities. Ironically ASM would later be viewed as offering refuge to victims of ESAP's tragic economic effects. The new Mining Regulations of 1990 allowed rural district councils (RDCs) to license artisanal miners and regulate environmental impacts. The ministry of mines, with assistance from the University of Zimbabwe's engineering department, provided technical training for artisanal miners. The effort to regulate was not entirely successful, owing to lack of technical support in local authorities. In 1993, Zimbabwe hosted a world summit on ASM, which produced the *Harare Guidelines on Small/Medium-Scale Mining*. The declaration provided commitments to poverty-reduction-oriented development assistance for ASM in developing countries.[24]

By this time, there was a shift in how the international community viewed ASM, which was now cast as a poverty-alleviation activity, in contrast to earlier views of the sector as unwanted.[25] The political logic was: 'Thousands of artisanal and small miners are less of a threat to public order than thousands of the unemployed'.[26] In Zimbabwe a gradual shift from the earlier preoccupation with co-operatives to tolerating and even encouraging individual participation is noticeable during this period. From 1996, the Reserve Bank of Zimbabwe (RBZ)'s gold-buying agency, Fidelity Printers, started to accept gold in small amounts (as low as 50 grams). Small miners were offered relatively high prices for gold deliveries. However, police raids on 'illegal' artisanal mining activities were not uncommon, though not as intense as in the post-2000 period.[27]

---

20 Tendai Masiya, Layman Mlambo and Motive Mungoni, 'Small-Scale Mining in Zimbabwe: Historical Perspective', in *Global Conference on Business and Finance Proceedings*, Volume 7, Number 2 (Harare, University of Zimbabwe, 2012), p. 290.

21 Elizabeth Schmidt, 'Farmers, Hunters and Gold Washers: A Re-evaluation of Women's Role in Precolonial and Colonial Zimbabwe', *African Economic History*, 17 (1988), pp. 45–80.

22 Ian Phimister, 'History of Mining in Southern Rhodesia to 1953' (PhD thesis, University of Rhodesia, 1975).

23 Masiya *et al.*, 'Small Scale Mining in Zimbabwe', p. 293.

24 Gavin Hilson and Rita Van Der Vorst, 'Technology, Managerial, and Policy Initiatives for Improving Environmental Performance in Small-scale Gold Mining Industry', *Environmental Management*, 30, 6 (2002), pp. 764–77; Gavin Hilson, 'Small-Scale Mining, Poverty and Economic Development in Sub-Saharan Africa: An Overview', *Resources Policy*, 34, 1 (2009), pp. 1–5.

25 The Canadian International Development Agency (CIDA) and various German and Swedish agencies worked with the Zimbabwe government to encourage more sustainable ASM activities.

26 Luke Danielson, 'Foreword', in Hilson (ed.), *The Socio-Economic Impacts of Artisanal and Small-Scale Mining*, p. xiv.

27 Mawowa, 'Political Economy of Crisis'.

This content downloaded from 165.225.220.185 on Thu, 10 Aug 2023 13:56:20 +00:00
All use subject to https://about.jstor.org/terms

Post-2000 Zimbabwe has witnessed phenomenal growth of ASM. In 2002, Shoko estimated that 500,000 people were 'employed' in the sector.[28] Over the crisis period, government policies such as price controls, fixing foreign exchange and gold prices were often populist, ill-tempered and lacked economic realism. Inflation rose to become the second-worst in world history, rendering the country's payment and exchange system dysfunctional. This led to a thriving parallel/informal market, as literally everything ceased to be available on the formal market, from meat to fuel to foreign currency and gold. In 2006 the government enacted the Environmental Management Act, undoing several elements of the 1990 mining regulations. These included the illegalisation of river-bed gold panning, and regulations banning RDCs from issuing mining permits (though mining remains part of their ratepayers' base). ASM miners were required to fulfil stringent environmental requirements. To be fair, this legislation is most progressive in its efforts to regulate the negative environmental effects of artisanal mining, though its enforcement has created compliance challenges for the ASM.

The year 2008, which was the lowest point for Zimbabwe's mining industry, was the high point of ASM. This is reflected in the graph below. In November of that year, Metalon Gold, which accounted for 55 per cent of Zimbabwe's annual gold output, suspended operations on its five mines, affecting thousands of jobs. The reason for closure was the non-payment of US$18.3 million in lieu of gold deliveries by the RBZ. By the time gold trade was liberalised in 2009, gold miners were owed more than US$30 million by the RBZ.[29] At the time of writing, RBZ was failing to redeem the gold bonds it issued to gold miners for unpaid gold deliveries. It is thus not surprising that between 2000 and 2008 gold deliveries to RBZ declined tenfold.

In the light of RBZ's non-payment, and unviable exchange controls, miners had to choose between suspending operations and channelling gold into the parallel market. ASM is, by its small-scale nature, highly adaptable to smuggling. The graph above shows that while official gold output was declining due to the scaling down and closure of formal mining operations, ASM output was rising. It is thus safe to say that formal figures portray an exaggerated picture of receding gold output: rather most of the gold was channelled to the parallel market. By 2008 some 2 million Zimbabweans were dependent on ASM gold mining, according to UNIDO.[30]

Artisanal gold mining is not unique to Zimbabwe. It is a worldwide phenomenon, especially in mineral-rich developing countries. Maponda and Meck describe the global extent of this activity, and related local nomenclatures, including *galamseys* (Ghana), *makorokoza* (Zimbabwe) and *garimpeiros* (Brazil).[31] The contribution of artisanal mining to poverty alleviation in Africa and elsewhere is well documented.[32] In 2003, estimates of the number of people employed globally as artisanal and small-scale miners ranged from 60 million (ILO) to 100 million.[33] Approximately 3–15 million of these are in China, about 555,000 in Tanzania and 500,000I in India.[34] ASM accounts for more than 20 per cent

28  Dennis S.M. Shoko, 'Small-scale Mining and Alluvial Gold Panning within the Zambezi Basin', in Godfrey Chikowore (ed.), *Managing Common Property in an Age of Globalization: Zimbabwean Experiences* (Harare, Weaver Press, 2002).
29  *Zimbabwe Independent*, 18 June 2010.
30  UNIDO, *Empowering Small-Scale Miners in Zimbabwe: An Overview of Recommendations from the Global Mercury Project* (United Nations Industrial Development Organization, 2007).
31  Maponga and Meck, 'Illegal Artisanal Gold Panning in Zimbabwe', p. 349.
32  Eleanor Fisher, Rosemarie Mwaipopo, Wilson Mutagwaba, David Nyange, and Gil Yaron, '"The Ladder that Sends Us to Wealth": Artisanal Mining and Poverty Reduction in Tanzania', *Resources Policy*, 34, 1 (2009), pp. 32–8.
33  See http://www.miningfacts.org/Communities/What-is-Artisanal-and-Small-Scale-Mining/
34  *Ibid.*; Maponga and Meck, 'Illegal Artisanal Gold Panning in Zimbabwe', p. 349.

This content downloaded from 165.225.220.185 on Thu, 10 Aug 2023 13:56:20 +00:00
All use subject to https://about.jstor.org/terms



**Figure 1.** Growth of artisanal small-scale mining in Zimbabwe 2003–2009. *Source*: several RBZ reports from 2003–2009 and UNIDO, *Empowering Small-Scale Miners in Zimbabwe: An Overview of Recommendations from the Global Mercury Project* (UNIDO, 2007).

of the world's non-fuel mineral production.[35] Zimbabwe's ASM sector is thus one of the world's largest.

By 2009, dollarisation and the formation of a coalition government brought some economic and political stability to Zimbabwe. Inflation plunged to single digits, averaging 5 per cent between 2009 and 2012. In spite of the modest gains by the new government, however, there has been no significant change in unemployment. ASM continues to proliferate, as it remains one of the few real avenues for survival and, in some instances, upward mobility. There have, however, been changes in the extent to which gold is channelled through formal routes following dollarisation and the liberalisation of the gold trade in early 2009. Over the course of 2011, the monthly contribution of artisanal small-scale gold producers grew from 125 kg (6 per cent) in January to 429 kg (31 per cent) in December.[36]

Regulation of ASM in Zimbabwe tends to be half-hearted, inconsistent and election-driven. In some instances, government ministers have expressed unease over the uncontrolled nature of small-scale mining. At the same time, government has been quick to celebrate the sector's contribution to the national economy and empowerment of blacks. Thus government has often held meetings sponsored by local businessmen, such as in 2003 and 2005, when the police, the Zimbabwe Small-Scale Miners' Federation, the Zimbabwe Small-Scale Buyers' Association (ZIMSSBA), the ministry of mines, and local government authorities came together ostensibly to deal with problems of smuggling and environmental degradation associated with ASM.[37] Government was promising to 'empower the historically disadvantaged small-scale miners' and to regulate illegal gold mining and trade.[38] The minister of mines in 2012 went so far as to call for the unbanning of illegal mining and the release of all arrested artisanal miners.[39] He called on police to stop arresting gold panners 'because they are contributing to the economy'.[40]

35  See also Gavin Hilson and Sadia Mohammed Banchirigah, 'Are Alternative Livelihood Projects Alleviating Poverty in Mining Communities? Experiences from Ghana', *Journal of Development Studies*, 45, 2 (2009), pp. 172–96; Fisher *et al.*, '"The Ladder that Sends Us to Wealth"'.
36  Reserve Bank of Zimbabwe, *Monetary Policy Statement*, 2012.
37  *Midlands Observer*, 3 June 2003; 27 May 2005.
38  *Midlands Observer*, 3 June 2003.
39  Minister Obert Mpofu, quoted in *Newsday*, 21 September 2012 (online edition) http://www.newsday.co.zw/2012/09/21/jailed-gold-panners-to-be-released/, accessed 19 August 2013.
40  *Ibid.*

This content downloaded from 165.225.220.185 on Thu, 10 Aug 2023 13:56:20 +00:00
All use subject to https://about.jstor.org/terms

## ASM in Central Zimbabwe

Nowhere in Zimbabwe is ASM more prevalent than in the central Kwekwe District. Kwekwe has earned the title *Chikorokoza* capital of Zimbabwe. So extensive and unordered has been artisanal mining in Kwekwe that trenches have been dug through national roads, railway lines, and on both public and private premises. In one extreme case a school in Kwekwe was reported to have been temporarily closed owing to damage to infrastructure by uncontrolled artisanal mining activity.[41] In October 2001 the *Midlands Observer* reported that some 600,000 people were involved in ASM activities in Kwekwe alone.[42] If this figure is true, one can guess the number to have risen to 1 million by 2012. Totororo, where observations for this study were made, represents one of the many sites where artisanal mining is taking place. It is located approximately 60 km north-east of Kwekwe, close to the ghost township of the former Empress Mine.

The growth of ASM in Totororo can be dated back to the time following the closure of the two most important mines in the area, namely Empress Mine in 1989 and Venice Mine in 1998, both owned by the Canadian company Falcon Gold. Thereafter, many former mine workers continued to stay at the mines' townships, eking out a living from farming, mining and informal vending. The ministry of mines assisted some former mine workers to form small mining co-operatives or register individual claims. However, because mining proved demanding in comparison to gold buying, most of these claim holders ended up acting as middlemen, buying gold for resale to RBZ from local peasant farmers and artisanal miners.[43] The semi-arid climate and poor geological conditions of the area means that seasonal crop cultivation alone can never be a reliable and adequate sole means of subsistence.[44] Artisanal miners rely on mills owned by registered small miners for the processing of gold ore. With rising unemployment, artisanal mining became a means of supporting collapsing livelihoods.

In a recent study of artisanal mining in southern Zimbabwe, Clifford Mabena has observed that changes in landownership patterns in Zimbabwe due to the land-reform programme have increased the scale of involvement in off-farm activities, particularly artisanal mining.[45] In the wake of droughts and lack of farming inputs, artisanal mining became the only viable alternative for the newly resettled farmers. In Totororo, there were no resettled farmers but there were a significant number of former farm workers among the artisanal miners. Most of the artisanal miners were aged between 17 and 35.

The government of Zimbabwe's shifting regulatory policy and practice sent contradictory signals to artisanal miners. Though it is a criminal offence for unlicensed persons to be found in possession of gold,[46] in practice the state buying agencies purchased gold without verifying the source. In reality artisanal mining is regulated by the police, RBZ, ministry of mines and ZANU(PF) structures. These entities do not always work harmoniously. In the run-up to elections in 2002, ZANU(PF) allowed – in fact encouraged – artisanal miners led by self-confessed war veterans and ZANU(PF) youth to take over the disused Globe and Phoenix Mine, about 20 km from Totororo. Yet the police also launched selective crackdowns on illegal mining sites, accusing artisanal miners of selling gold on the parallel market. Artisanal

41 *Sunday News*, online edition, www.sundaynews.co.zw.geo.webdev.co.zw/index.php?...gold-panning, accessed 15 August 2013
42 *Midlands Observer*, 24 October 2001.
43 Interview, son of a small-scale miner, 2 July 2007.
44 The area is too rocky for crop cultivation, and rainfall patterns are poor.
45 Clifford Mabena, 'Mining with a "Vuvuzela": Reconfiguring Artisanal Mining in Southern Zimbabwe and its Implications to Rural Livelihoods', *Journal of Contemporary African Studies*, 30, 2 (April 2012), pp. 219–33.
46 *Gold Trade Act [Chapter 21:03], 1940* (last amended, 2006).

This content downloaded from 165.225.220.185 on Thu, 10 Aug 2023 13:56:20 +00:00
All use subject to https://about.jstor.org/terms

miners I interviewed at Venice Mine explained inconsistency on the part of the police as political: targeting perceived MDC supporters while sparing ZANU(PF) supporters.[47] RBZ did not discourage its licensed buyers from buying gold from so-called illegal miners.

ASM in central Zimbabwe tends to occur in and around disused mines and, in rare cases, accidental new discoveries. Incidents of accidental gold discovery while cultivating fields are not uncommon. This often triggers a gold rush, which dies out once the gold ore has been exhausted. The rush tends to disregard protest or resistance from the field's owner and results in serious environmental degradation. Scars of gold rushes are visible nearly everywhere in Totororo. Rags-to-riches stories are common among villagers. The mining that occurs upon discovery of an old disused mine shaft tends to last longer and often leads to a stable small mining operation. This is often preceded by an acrimonious gold rush.

Upon discovering an old shaft, the finder often hides the discovery or starts mining pretending to have obtained mining rights. Such a claim is easy to make when the find is not on someone's property. When the discovery is made in someone's homestead, however, conflict frequently ensues. In both situations, it is common that no formal right to mine exists. One site I observed at Totororo was known as a disused mine, which, like other old shafts, villagers claimed was operated by Germans in the early 1900s. It only received attention due to the increase in panning activities in the area, and once it was found to be rich in gold caused a scramble. At the peak of the gold rush in 2005 the site drew people from every province in Zimbabwe.[48] From about 20 metres the tunnel soon extended to about 100 metres in length. The large number of people mining the shafts and contest over access resulted in two tunnels being developed. So intense was the activity that soon an area of more than 8,000 square metres was excavated underground.[49] Except for the first few metres at the mouth of the tunnel, the distance between its floor and roof was between 50 centimetres and 1 metre. Miners working inside the tunnel had to crawl most of the time. At the gold rush's peak, as many as 60 panners would be underground at a time.[50] During the field study dozens of miners could be observed at the mouth of the tunnel, some leaving with sacks of gold ore (*motoro*). The place buzzed with activity both day and night, with only brief intervals of quiet when there was rumour of a pending police raid. By the end of 2008, however, one syndicate, allegedly connected to the local chief, regional mining ministry officials, RBZ and local businessmen, managed to wrest control of the pit, and registered it as a small mine.[51] Twenty-four-hour private security guarded the place, effectively barring artisanal miners other than those who were clients of the owners.

Intense gold rushes of this sort commonly result in fatalities. During the field research, on 5 June 2007, a miner, son of the ZANU(PF) co-ordinator in the area, drowned in an underground pool that had formed at the deep end of the tunnel. With the consent of the father and two local police officers, fellow miners retrieved the body and buried it without due procedure.[52] When such deaths occur in the course of illegal activity, they are covered up to avoid raising media attention and the police. According to miners, there were cases where tunnels had collapsed, burying those inside.[53] One such incident occurred during the field research. Serious deaths and injuries can also result from violent clashes between the miners and police, and among miners themselves.

47  Interview, anonymous miner number four, 3 July 2007.
48  Interview with anonymous miner number three, 3 July 2007.
49  *Ibid.*
50  *Ibid.*
51  Follow-up interview with an anonymous Totororo miner, Chegutu, 11 February 2009.
52  Anonymous Sidhakeni police officer, 8 June 2007.
53  Interview with anonymous miner number one, 2 June 2007.

This content downloaded from 165.225.220.185 on Thu, 10 Aug 2023 13:56:20 +00:00
All use subject to https://about.jstor.org/terms

At the time of writing, artisanal mining remained pervasive in central Zimbabwe and many other parts of the country. The mass media went so far as to allege that artisanal mining was out of control. In early 2012, over 100 kilogrammes of pure gold nuggets were allegedly found in Kwekwe's Sherwood area, triggering a massive gold rush.[54] Gold buyers from as far away as South Africa camped at the site, notably competing with RBZ licensed buyers.[55] Local ZANU(PF) youth clashed with police in a bid to restrict access to party members.

> Announcing the takeover of the area at a rally attended by hundreds of panners who had been chased away from the fields by police, ZANU(PF) Midlands provincial security officer Owen 'Mudha' Ncube said the gold deposits in Sherwood belonged to his party. NewsDay said ZANU (PF) has started compiling registers of people who will be allowed to enter the fields to mine the gold. Cornelius Mpereri, a close ally of Emmerson Mnangagwa, tipped as a possible successor to Mugabe, and Josphats 'Gold' Sibanda have registered the Sherwood Block mining claim, it added.[56]

The case of Sherwood provides a glimpse of how both horizontal and vertical dynamics are at play in Zimbabwe's ASM. The following section analyses the form, structure and organisation of ASM in central Zimbabwe.

## Horizontal and Vertical Networks

The form, structure and organisation of ASM are opaque. Taking it at face value, one may easily dismiss ASM as mere survival activity for the poor. Such a simplistic view is tempting, considering how the sector has grown with Zimbabwe's economic decline. However, the benefits go beyond rural survival. The sector's opacity can be penetrated by closer examination of modes of organisation. Commonly used terms such as 'syndicate', 'sponsor', 'front', '*Mbimbo*' (a feared strong man leading a mafia), '*Zvipamuzi*' (literally, a slave), 'shefu' (chief/boss) '*kwamainini*' (literally, a second wife, but used to refer to the less rewarding of two gold shafts), '*Mwana wemuno*' (local), 'foreigner' and '*vakuru*' (superior), among others, say a lot about the organisation and structure of ASM.[57]

The word 'syndicate' usually implies a group of artisanal miners working together to extract ore and sharing it equally after processing, thus suggesting a horizontal network. This idea of syndicates is to some extent a legacy of government-sponsored small mining co-operatives in the 1980s and 1990s. Such syndicates might be mobile: often operating as nomadic miners moving from one gold rush to another. Field observations and interviews, however, reveal that groups of miners in syndicates do not always work together as equals, and what appears to be a loose coalition of miners is often linked to and supported by a well-to-do and often powerful political or business person referred to as a 'sponsor', '*shefu*' or '*vakuru*'. The 'sponsor' can take 50 per cent of recovered gold, while the other 50 per cent is shared equally among miners. Some syndicates are thus no more than employees of a 'sponsor', whose connection to the state's coercive apparatus provides protection from both police harassment and rival groups. It is common for the 'sponsor' to be the owner of the mill to which ore is taken for processing and to be a holder of a gold-buying licence, controlling production and trade. Thus through syndicates ASM can be oligopolistic, controlled by a few powerful individuals.

---

54 *Newsday*, 1 October 2012.
55 Interview with Silas, 8 January 2013.
56 *Mail and Guardian*, 12 January 2012, http://mg.co.za/article/2012-01-10-mugabes-zanupf-moves-in-on-gold-deposits, accessed 20 August 2013.
57 See also Shumirai Nyota and Fortune Sibanda, 'Digging for Diamonds, Wielding New Words: A Linguistic Perspective on Zimbabwe's "Blood Diamonds"', *Journal of Southern African Studies*, 38, 1 (2012), pp. 129–44.

This content downloaded from 165.225.220.185 on Thu, 10 Aug 2023 13:56:20 +00:00
All use subject to https://about.jstor.org/terms

Syndicates vary from organised and permanent operations to impromptu alliances of convenience. Impromptu syndicates normally arise where locals (*vana vemuno*) gang up against 'foreigners' (outsiders). In some cases, impromptu syndicates are led by the strongest man ('*mbimbo*'), who commands '*zvipamuzi*' (slaves) to dig ore for him. It is also common for artisanal miners to organise against the police. In 2007 there were estimated to be more than eighty organised permanent syndicates in Kwekwe alone.[58] Exploiting connections with the regional mining commissioner, the 'sponsor' is often able to register a claim under his name soon after a gold rush confirms the richness of a site. Syndicates are distinguishable from individual miners who may have made artisanal mining a permanent vocation or those who engage in the practice infrequently. Miners operating individually are mostly local youths, but they can also be nomadic.

In the case of the Totororo tunnels, two powerful syndicates competed for control during the rush, from late 2006 to mid-2007. One was headed by a man named Comfort, alleged to be a brother-in-law of Emmerson Mnangagwa, Minister of Defence, former MP for Kwekwe, and ZANU(PF) secretary for administration, who is often tipped as a potential successor to President Mugabe. Mazenge, the local villager who occupies the homestead within which the entrance to the gold tunnel lies, was 'incorporated' into this syndicate to legitimise the claim. The syndicate was reported to have direct access to the South African market.[59]

The second Totororo syndicate involved the local headman, whose homestead lies next to Mazenge's. The headman argued that, since the tunnel went via his kraal, he had an equal right to the claim. Mazenge's syndicate was working with individuals connected to the RBZ, and had the support of RBZ senior officials, a Gweru businessman who is a ruling party member, and a former provincial mining commissioner.[60] The headman had a prospecting licence and claim registration certificate. He admits that the legal paperwork was 'fast-tracked' to legitimise the claim ahead of the other group's. According to the headman, the razor wire erected around his homestead had been funded by Fidelity Printers because the space was to be used for processing and buying gold. For more than a year, the premises were guarded by Fawcet Security Company, which is linked to the Gweru businessman working with the headman. The headman's syndicate was digging a tunnel parallel to that of the first syndicate. The erection of such fences is not uncommon for Fidelity. It has been RBZ policy to establish such fenced gold-buying stations at gold mills and places were ASM is prevalent.

These two syndicates thus represent competing interests of members of ZANU(PF)'s elite. Such contests over ownership involving powerful figures in ZANU(PF) are not uncommon in the ASM gold sector. Indeed, the whole chain of ASM is controlled by powerful people. For example, the so called 'local' gold buyers are, more often than not, front men acting on behalf of big chiefs in government, party or business. One well-known buyer based in Totororo village was alleged to work with a ZANU(PF) councillor and businessman from my home town of Chegutu, 102 km south-west of Harare.[61] Established syndicates such as those in Totororo claimed to have their own networks of gold trading, which spanned local, national and regional Southern African borders.

The organisation of ASM thus follows a national pattern of elite accumulation, which is entwined with ZANU(PF)'s project to retain political power. Notwithstanding differences in

---

58  *Midlands Observer*, 16 March 2007, p. 1.
59  Interview with anonymous miner number one, Totororo, 2 June 2007.
60  In what could be a case of accumulation rivalry in ZANU(PF), the mining commissioner was once arrested for corruption on the awarding of mining claims certificates. He was released and later transferred to Masvingo.
61  Anonymous Totororo gold buyer, 4 June 2007.

This content downloaded from 165.225.220.185 on Thu, 10 Aug 2023 13:56:20 +00:00
All use subject to https://about.jstor.org/terms

the degree of control over the gold and diamond sectors, in both areas those arms of the state tasked with stopping 'illegal' mining operations often become actively involved in the smuggling.[62] In most places where gold rushes occur, police seem keen to move in and regulate, but their 'regulation' contravenes the law. They control access instead of prohibiting it, allowing miners to take hourly turns in the tunnels for a standardised fee. In Navhata, a few kilometres from Totororo, where there was a new gold rush, police were reported to be allowing access for a fee.[63] In Totororo, during my fieldwork, police admitted to taking kickbacks for turning a blind eye or releasing arrested miners.[64] This quasi-institutionalised rent-seeking was closely entwined with other aspects of Zimbabwe's thriving parallel economy. Police have become used to taking 'instant taxation' (bribes), whether at traffic checkpoints, retail shops in the name of price controls, foreign currency trade points, or other informal markets. Zimbabwe has retained a cohesive state structure that allows accumulation by state bodies controlling resource access: David Towriss argues that the state tolerated the looting of diamonds in Marange by security agencies.[65] Individuals with positions within, or connections to, key state institutions selectively applied laws to their own advantage. Interviews with ASM miners showed that, for one to stay in the game, both horizontal and vertical networks were crucial.

## Violence, Party/State and ASM

Both spontaneous and organised violence are common features of ASM gold mining, as rival miners and syndicates contest access to mining sites or resist police. The lines of conflict commonly manifest a local–'foreigner' (from another region or village) dichotomy. They also frequently pit registered syndicates against unregistered miners, or lie between rival registered elite-controlled syndicates. Violent clashes can involve as many as 400 panners, and often result in serious injuries and deaths.[66] One such violent group of artisanal miners in Kwekwe is the 'Vampire group', which was infamous for violent behaviour and disrespect for other people's property in digging for gold ore.[67] The group was said to derive its name from its mode of operation, and has allegedly 'caused havoc and instilled fear in other ... syndicates'. It was said to have links with 'powerful individuals within the police force and ZANU(PF)', and thus 'does its activities without fear of reprisals from law enforcers'.[68] Most miners interviewed in Totororo in early June 2007 alleged that it was not uncommon for members of the same syndicate to turn against each other in the wake of a rich find or in disputes over the sharing of recovered gold, sometimes resulting in death.[69]

Conflicts and subsequent violence over gold have not been restricted to the actual mining sites. Most violent clashes at local shopping centres have been traced to 'the tunnel'. The community is suspicious of nomadic artisanal miners, often accusing them of stealing. Local media reported one such incident where a miner was beaten to death.[70] In a letter to the

---

62  David Towriss, 'Buying Loyalty: Zimbabwe's Marange Diamonds', *Journal of Southern African Studies*, 39, 1 (2013), pp. 99–117.
63  Follow-up interview with an anonymous Totororo miner, Chegutu, 11 February 2009.
64  Anonymous Sidhakeni police officer, Totororo, 8 June 2007.
65  *Ibid.*
66  *Midlands Observer*, 3 October 2003.
67  *Midlands Observer*, 7 November 2003.
68  *Midlands Observer*, 7 May, 2003.
69  Interview with anonymous miner number one, Totororo, 13 September 2007; follow-up interview with an anonymous Totororo miner, Chegutu, 11 February 2009.
70  *The Times*, February 28–March 6, 2003.

This content downloaded from 165.225.220.185 on Thu, 10 Aug 2023 13:56:20 +00:00
All use subject to https://about.jstor.org/terms

Kwekwe-based private newspaper *Midlands Observer*,[71] a reader expressed concern over Chipinda, a mafia and syndicate leader in Kwekwe. He alleged that Chipinda had been terrorising residents of Kwekwe. Before his arrest and three-year sentence for murdering his girlfriend, 'Chipinda had become so powerful … and so untouchable that the Zimbabwe Republic Police (ZRP) would even "salute" him'.[72] Some syndicates would hire private security companies or the ZRP to bar rivals from accessing contested sites.

The above scenario, where police are hired by individual illegal miners against rivals, has left the force bereft of miners' respect. As a result, police have suffered at the hands of determined artisanal miners, even where impartial action has been taken. In some instances miners were able to mobilise and resist police raids. At one point during the field research, an officer representing local police held a 'peace-building' meeting with miners only to find his bicycle tyres deflated afterwards.[73] Violence against the police is by no means unique to Totororo, neither is it restricted to gold. In 2006, at the height of diamond smuggling in Marange, similar clashes were often reported.[74]

Nevertheless, the violent contestations have also produced attempts to create order and harmonious coexistence on the part of the very same authorities – the Ministry of Mines, police, chiefs and headmen, and ZANU(PF) party structures. The state's attitude and actions on ASM can be defined as an interplay of contradictory interests in order and disorder, as well as being cross-cut by interests in accumulation, producing at best ambivalent outcomes.

This ambivalent interest in order produced a succession of actions by the police or the central state against artisanal mining operations. The first attempted clampdown occurred through a nationwide militarised intervention named Operation Mariyawanda ('too much money') in February 2003. During this operation in the area studied, 900 miners were arrested in Totororo and nearby Venice mine, illegal settlements were destroyed, and over 300 shacks were burned.[75] This was a joint brutal operation conducted by the Military, Police and Prison Service. According to the *Midlands Observer*, Venice was a perceived support base for Zimbabwe's opposition MDC. This was followed up in 2005 by a police raid at the Totororo tunnels, in which 33 miners were arrested, including a local chief. The accused were sentenced to three months' imprisonment, but the option of a fine meant that none would go to prison. Given the limited survival alternatives and the extent of the devaluation of the Zimbabwe dollar, the fine meant nothing. Nearly always, miners would be arrested only to be released after paying fines.[76] The next nationwide intervention occurred in 2006, when Operation Chikorokoza Chapera ('artisanal mining has ended') was launched. Twenty-six thousand people were arrested in the months following, and in May 2007 ten people died in police raids.[77]

Many police raids can be interpreted as reactions to violence between miners rather than as intended to stop criminalised artisanal mining. The *Midlands Observer* reported a police officer justifying their intervention: 'We are not saying that they should cease their activities forthwith, but that they should be wary of the dangers associated with disused mines and shafts especially now that the rain season has started'.[78] This comment came after a miner had

71   The paper has been accused by ZANU(PF) supporters and war veterans of being pro-MDC, and the editor was threatened with unspecified action in June 2008, according to allafrica.com, http://allafrica.com/stories/200806021526.html, accessed 20 August 2013. The ownership of the paper could not be established at the time of writing.
72   *Midlands Observer*, 13 April 2007.
73   Interview with anonymous miner number three, 9 July 2007.
74   Lloyd Sachikonye, 'Diamonds in Zimbabwe: A Situational Analysis', *Resource Insight 1* (Braamfontein: Southern Africa Resource Watch, 2007).
75   *Midlands Observer*, 14 February 2003.
76   *Midlands Observer*, 1 March 2005.
77   *Zimonline*, 14 May 2007.
78   *Midlands Observer*, 24 October 2003.

This content downloaded from 165.225.220.185 on Thu, 10 Aug 2023 13:56:20 +00:00
All use subject to https://about.jstor.org/terms

drowned in a disused mining tunnel at Turtle mine in Silobela. At one point there was an instruction for police to close the Totororo tunnels, but this was never followed through.

In a typical case of instant taxation, far from cracking down on artisanal mining, the police cashed in by managing access to mining sites. During the field research a new gold-rush site in Bhamala (near Totororo) was heavily guarded by the police, who were charging Z$3 million (R200 – a fee equivalent to a policeman's monthly salary in July 2007) per hour spent in the tunnel. Miners grateful to the police for managing access, creating order and averting violent conflict were happy to pay, and entered in groups of eight to ten each turn. Thus an apparently mutually beneficial relationship was established between artisanal miners and law enforcers in this instance, unlike the case of Marange diamonds,. The police presence at the tunnel increased rapidly: starting with three police officers, the number quickly mounted to six on the second day and fourteen on the third.[79] So lucrative was this arrangement that police officers started to compete with one another, then began to operate in two-day shifts in order to accommodate the greater numbers.

Spending as much as twelve hours guarding the pit translated to Z$36 million. When shared among ten officers, each could take home Z$3.6 million tax-free,[80] more than a police officer's monthly salary. By charging rents in this way from those extracting the gold, the police were beneficiaries simply because of their position in the state. In the same year, the policemen were also deserting their official duties to guard yet another mining tunnel at St George,[81] about 12 kilometres from Totororo. These appeared to have made an arrangement with their immediate superiors. While the superiors did not go out to man the mines, they got remittances from juniors trying to please them in order to guarantee 'redeployment' to lucrative mining sites. More than once these police officers reportedly ran away when other, more senior officers arrived.[82]

The ruling party provincial leadership was also involved in rent-seeking. One ex-combatant wrote to the *Midlands Observer* as follows:

> I am writing in connection with corruption happening at Gaika Mine. I am a war veteran. The recently posted Support Unit Police boss is making hefty amounts of money through the Amakorokozas. He is said to be charging about Z$3 000 000 per syndicate and getting a monthly lump sum of Z$50 000 000. This is a circle involving some ruling party members, it's so boring when I am making a living from the only Z$1 000 000 gratuity I am being paid … [83]

One cannot help noticing the emphasis, 'I am a war veteran'; the writer signed off as 'War Vet'. The 'war vet' seems to be saying 'I must not be left out, being also a war vet and member of ZANU(PF). How can I continue to survive on a meagre Z$1,000,000 when others are making as much as Z$50,000,000?'

ZANU(PF) party structures often worked together with police in the regulation of ASM. In Totororo, the ZANU(PF) youth leader was active in managing access to the tunnel in the name of organising youths. He was also a member of the local police reserve, giving him double legitimacy. The state has thus vacillated between supporting and criminalising artisanal gold mining. In 2007, for instance, all small-scale miners were ordered to

---

79  Interview with anonymous miner number two, 3 July 2007.
80  The high rate of inflation and exchange rate make this figure vague. With a July 2007 parallel rate of Z $15,000 = R1, 36 million is reduced to R2,400, and 3.6 million is reduced to R240.
81  The tunnel at St George hospital was left after its owner committed suicide. Sakala, the deceased owner, is said to have been directed to the abandoned mine by a German national whose grandfathers operated the mine long ago. Sakala was making a fortune until he committed suicide after being tricked of 1 kilogramme of gold by some Nigerians. He had even managed to electrify Chief Samambwa's home. Interview with anonymous miner number three, 3 July 2007.
82  Anonymous 3, interview, 3 July 2007.
83  War Vet, Kwekwe, in The *Midlands Observer*, December 2 2005.

This content downloaded from 165.225.220.185 on Thu, 10 Aug 2023 13:56:20 +00:00
All use subject to https://about.jstor.org/terms

stop mining until the Ministry of Mines had sorted out issues of registration, suggesting a shift towards regulation and accommodation of those in the illegal mining trade.[84] But there is no evidence that this was followed through or enforced.

The RBZ position on artisanal mining was also far from consistent. It is uncertain whether this was out of realism or mere double-dipping (i.e. double standards, whereby the Bank banned the activity but bought gold from the same artisanal miners). Despite its avowed criminalisation of artisanal miners, the Bank issued special licences to designated agents to buy gold from gold-rush sites, as part of a strategy of the 'decentralisation of gold buying' in 2004.[85] As of July 2004, '176 custom millers and 38 agents were working together with Fidelity Printers and Refiners (the gold-buying arm of RBZ)'. [86] The rationale was that this would 'reduce grey market activities'. Most of the licensed buyers were in fact surrogates for senior ZANU(PF) officials and became super rich. In practice RBZ was accepting gold from unlicensed buyers. For the most part however, there was a wide disparity between the parallel-market price and official prices offered by RBZ. Very few miners sold to RBZ as a result. For example, in July 2007 RBZ was buying at Z$1.2 million per gramme while the parallel-market buyers were paying Z$3 million per gramme.

## Conclusion

Zimbabwe's crisis period, as analysed through the prism of the artisanal gold-mining sector in central Zimbabwe, shows varied and perhaps contradictory outcomes. It has produced beneficiaries as well as losers. ASM grew initially as a survival enclave for the poor and jobless but very quickly became entangled in elite accumulation. A straightforward account of artisanal mining as a survivalist, poverty-driven enterprise is thus inadequate. The structure of control over ASM gold mining shows very clearly that high political office and accumulation go hand in glove. One can perceive a form of localised capitalist oligarchy made up of beneficiaries of the crisis political economy. As the economic situation worsened, the political elite and its functionaries grew increasingly conscious of the utilitarian value of economic gate-keeping, using control over artisanal gold mining as a means of both political and economic gain.

An accumulating class, or perhaps what the *Zimbabwe Independent* columnist Muckraker has termed a 'vulturine class',[87] is now visible in the gold sector and other lucrative parts of the economy. As in the case of land reform, this class has developed in the mining sector by deploying narratives of liberation war credentials, indigenisation, economic empowerment and party affiliation in order to legitimise access. Low-ranking police officers and local political leaders can tap into this political economy of accumulation through gold by regulating access, mediating connections between elites and grassroots extractors, and widening the net of beneficiaries. The broad net of beneficiaries has, perhaps, enhanced the sustainability of the emerging structure of patronage in ASM gold mining. Though appearing at face value to be self-employed, the ASM syndicates and nomadic miners rely on a patron and are thus a labour force of a special type. The 'real' capitalists are members of the ruling elite who have control over the means of production through the party-state. This capitalist can choose to operate directly at the mine through a syndicate or have bands of nomadic

---

84  IRIN Africa, 16 April 2007, accessed at http://www.irinnews.org/report/71631/zimbabwe-crackdown-on-illegal-mining-has-unforeseen-consequences on 20 August 2013.

85  The Reserve Bank of Zimbabwe, *Monetary Policy Statement: The Second Quarter to 30 June, 2004*, issued by the Governor, Gideon Gono, in terms of Reserve Bank of Zimbabwe Act Chapter 22:15, Section 46, July 2004.

86  *Ibid.*, p. 20.

87  *Zimbabwe Independent*, 13–19 July 2007.

This content downloaded from 165.225.220.185 on Thu, 10 Aug 2023 13:56:20 +00:00
All use subject to https://about.jstor.org/terms

miners working for him, to whom he pays wages in the name of buying or sharing gold. The miners have little or no control over either the selling price or access to the means of production.

ASM has thus produced a complex accumulation process in central Zimbabwe. While it can be seen as a form of primitive accumulation, it is not clear if the trajectory is one of stagnation or progression away from widespread violence. I argued here that it is possible to see the transformation of chaotic gold rush into registered small-scale claim as a shift away from 'primitive' accumulation, rather than simply its perpetuation. Stabilisation does, however, appear to narrow opportunities at the bottom to clients of the registered holder. But in the case of gold, it is not clear that vertical mobility has been restricted only to those at the top, or those with high-ranking political connections. A view of highly restricted elite gain could not accommodate some of the majestic rags-to-riches stories that circulate in the goldfields. Controls over access are varied. The trajectory from rush to registered claim is not smooth or always predictable, and the sustainability of ASM operations is often uncertain. Sometimes there has been an agglomeration of derivative businesses serving the mining communities and tapping into their wealth. At the peak of Totororo's illegal gold-mining activities, new booking houses were built at the local shopping centre to accommodate the influx of nomadic miners and prostitutes. One local businessman, a headmaster, constructed two new grocery shops and a bottle store. With the passing of the gold boom, however, these businesses declined. The established registered small mining operation seemed unable to sustain the former buzz. Understanding the political economy of artisanal gold in Zimbabwe must therefore be sensitive to change over time, both in the broader economic context and in modes of control. It must also incorporate an account of the shifting, diverse and often contradictory interests of the large range of players involved in the networks and hierarchies of extraction, trade and regulation, ranging from the key players in Zimbabwe's unfolding political story at the top to the local subsistence farmers and rural and urban poor at the bottom.

SHOWERS MAWOWA
*School of Built Environment and Development Studies (BEDS), University of KwaZulu-Natal, Durban, South Africa. E-mail: showersmawowa@gmail.com*

This content downloaded from 165.225.220.185 on Thu, 10 Aug 2023 13:56:20 +00:00
All use subject to https://about.jstor.org/terms