# Exhibit T




"Unearthing the future"

TELEPHONE: 487014-20  
TELEGRAMS: GRENAMMO HARARE  
FAX: 487022/159

M.M.C.Z. BUILDING  
90 MUTARE ROAD, MSASA  
P.O. BOX 4101, HARARE, ZIMBABWE

YOUR REF:

OUR REF:

10 November 2010

AMARI  
Le Montaigne  
7 Avenue de Grande Bretagne  
Monte Carlo  
MC 98000  
Monaco  
France

Dear Sir/Madam

### RE: ZMDC – AMARI JOINT VENTURE AGREEMENT

We refer to the above matter and in particular our meeting with yourselves on 20 October 2010 at our offices and the subsequent correspondence from yourselves to the Chairman of the Board.

We draw your attention to the discussion therein in which you were duly advised of ZMDC's forensic audit report findings on the conduct and/or relationship between its executive management, especially Mr. D.L. Mubayiwa, and Amari.

Chief among the issues discussed include;
a) The improper and corrupt relationship between Amari and Mr. Mubayiwa wherein it was pointed out that Amari corruptly extended favours by purchasing tiles to cover 200 sq.m. towards the construction of his private residence situated at No.13 Hillview Road, Philadelphia, Harare on or about the 28th of May 2008.

b) The fact that e-mails between a one Ralph, Amari official and Mr. Mubayiwa clearly pointed out that tiles were bought just prior to the signing of Memorandum of Understanding with Amari in respect of platinum mining project.

DIRECTORS: G. MASIMIREMBWA (CHAIRMAN), B. MOYO (VICE-CHAIRMAN), F.G. MOYO, A. NCUBE, O. CHIMU[...]  
M.C. SIBANDA, DR. M. TSOMONDO, A. NDLOVU, D.L. MUBAYIWA (CEO)



It was further agreed that Amari would make its representations to the above issue by Friday, 22nd October 2010 which representations we have received and taken into account in arriving at the decision being communicated hereunder.

After thorough deliberations and considerations by the Legal, Risk and Audit Committee and the Mining Development Board, it was noted that there indeed was a corrupt relationship which unduly influenced the signing of the Memorandum of Understanding on 25th July 2008. That the said MOU is very clear in terms of clause 8.2 that a comprehensive Joint Venture Agreement was to be entered into and between ZMDC and Amari but never was for the past two and half years (2½). There was therefore no Joint Venture Agreement regulating our relationship.

As a result of the above, we advise that your conduct is unacceptable, improper and directly undermines the basic tenets of corporate governance principles which we so cherish and adhere to. It contravenes the Zimbabwean laws and we reserve the right to report you for prosecution. Your conduct goes to the core of our relationship and as such we are no longer prepared to engage yourselves for negotiations to the next stage of a Joint Venture Agreement. In fact, consider our relationship terminated for both platinum and nickel properties.

Be guided accordingly.

Yours faithfully

S.D. SIZIBA
**ACTING GENERAL MANAGER**

c.c. The Hon. Minister of Mines and Mining Development
c.c. The Permanent Secretary – Ministry of Mines and Mining Development
c.c. The Chairman – Mining Development Board
c.c. The Acting Company Secretary & Legal Advisor

