# Exhibit OO

Telegrams: "MINFIN", Harare
Telex: 2141
Telephone: 263-242-250967
Fax: 263-242-250615
Private Bag 7705 CY, Causeway
Harare
Zimbabwe


ZIMBABWE

SECRETARY FOR FINANCE AND ECONOMIC DEVELOPMENT
Mgandane Dlodlo Building
Corner Samora Machel Ave/Simon v. Muzenda
Harare
Zimbabwe

14 April 2022

Mr. O. M. Moyo
Secretary for Mines and Mining Development

RE:   TREASURY APPROVAL TO TRANSFER NINETY-THREE PERCENT SHAREHOLDING HELD BY ZIMBABWE MINING DEVELOPMENT CORPORATION IN KAMATIVI TIN MINES (PVT) LTD AND 40% SHAREHOLDING IN TODAL (OPVT) LTD TO DEFOLD MINES (PVT) LTD

I write with reference to your letter dated 15 March 2022 on the above subject matter.

Treasury notes the decision by Cabinet at its 43rd meeting held on 21 December 2021, wherein it was resolved that Zimbabwe Mining Development Corporation's 93% shareholding in Kamativi Tin Mines (Pvt) Ltd and 40% shareholding held in Todal (Pvt) Ltd be transferred to Defold Mine (Pvt) Ltd, a company wholly owned by Government through the Ministry of Mines and Mining Development.

In this regard, in line with section 48(3) ©) of the Public Finance Management Act [Chapter 22:19], Treasury authority is hereby granted for the transfer of Zimbabwe Mining Development Corporation's effective 93% shareholding in Kamativi Tin Mines (Pvt) Ltd and 40% shareholding held in Todal (Pvt) Ltd to Defold Mine (Pvt) Ltd.

Please be guided accordingly.

G. T. Guvamatanga
**SECRETARY FOR FINANCE AND ECONOMIC DEVELOPMENT**

Cc;   Hon. Prof. M. Ncube, Minister of Finance and Economic Development
Dr. M.J.M. Sibanda, Chief Secretary to the President and Cabinet
Mr. E.M. Zvandasara, Acting Accountant General