# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Amaplat Mauritius Ltd**, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:22-cv-00058 (CRC) |
| ) | |
| **Zimbabwe Mining Development** ) | |
| **Corporation**, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEAL

Pursuant to Rule 4(a)(1)(A) of the Circuit Rules of the United States Court of Appeals for the District of Columbia Circuit, Defendants, Zimbabwe Mining Development Corporation ("ZMDC"); Chief Mining Commissioner, Ministry of Mines of Zimbabwe (the "Commissioner"); and the Republic of Zimbabwe ("Zimbabwe") hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the Memorandum Opinion and Order [ECF No. 51] denying the Motion to Dismiss filed by Defendants, and the Memorandum Opinion and Order [ECF No. 38] denying the Motion to Dismiss filed by Zimbabwe and the Commissioner.

Dated: March 8, 2024

                                                                         Respectfully submitted,
                                                                         /s/    *Quinn Smith*
                                                                         **GST LLP**
                                                                         Quinn Smith
                                                                         DCD Bar No. FL0027
                                                                         quinn.smith@gstllp.com
                                                                         Katherine Sanoja
                                                                         DC Bar No. 1019983

katherine.sanoja@gstllp.com
1111 Brickell Avenue
Suite 2715
Tel. (305)-856-7723

## **CERTIFICATE OF SERVICE**

     I hereby certify that on March 8, 2024, I electronically filed this document with the Clerk of the Court of the U.S. District Court of the District of Columbia by using the CM/ECF system, which will automatically generate and serve notices of this filing to all counsel off record. I further certify that I am unaware of any parties who will not receive such notice.

                      By:    /s/ *Quinn Smith*
                                 Quinn Smith